|  |  |
|---|---|
| Clarence Maddox | MAY 1 8 2006 |
| CLERK | DATE |

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
[SOUTHERN DISTRICT OF FLORIDA]

LEAGUE OF WOMEN VOTERS OF FLORIDA, PEOPLE ACTING FOR COMMUNITY TOGETHER (PACT), FLORIDA AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 79 (AFSCME), SEIU FLORIDA HEALTHCARE UNION, as organizations and as representatives of their members; MARILYNN WILLS; and JOHN and JANE DOES 1-100,

CIV-JORDAN

SUMMONS IN A CIVIL CASE

[/ KLEIN]

**Plaintiffs,**

v.

SUE M. COBB, individually and in her official capacity as Secretary of State for the State of Florida, and DAWN ROBERTS, individually and in her official capacity as Director of the Division of Elections within the Department of State for the State of Florida

**Defendants.**

CASE NO.

United States District Court
Southern District of Florida

TO:   **Sue M. Cobb, individually and in her official capacity
As Secretary of State for the State of Florida
By serving the Office of Attorney General
107 West Gaines Street
Tallahassee, FL  32301**

**YOU ARE HEREBY SUMMONED** and required to serve upon   PLAINTIFF'S ATTORNEYS (name and address)

GARY C. ROSEN, ESQ.; FBN:  310107
BECKER & POLIAKOFF, P.A.
Post Office Box 9057
Fort Lauderdale, FL 33310-9057
954/985-4133 (BR); 954/985-4176 (Facsimile)
Email:  grosen@becker-poliakoff.com

an answer to the Complaint; which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox  
_____  
CLERK

MAY 1 8 2006  
_____  
DATE

_____  
(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
[SOUTHERN DISTRICT OF FLORIDA]

CIV - JORDAN

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, PEOPLE ACTING FOR COMMUNITY TOGETHER (PACT), FLORIDA AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 79 (AFSCME), SEIU FLORIDA HEALTHCARE UNION, as organizations and as representatives of their members; MARILYNN WILLS; and JOHN and JANE DOES 1-100, | SUMMONS IN A CIVIL CASE  /KLEIN |

**Plaintiffs,**

v.

CASE NO.

SUE M. COBB, individually and in her official capacity as Secretary of State for the State of Florida, and DAWN ROBERTS, individually and in her official capacity as Director of the Division of Elections within the Department of State for the State of Florida

United States District Court
Southern District of Florida

**Defendants.**

TO: **Dawn Roberts, individually and in her official capacity**
**As Director of the Division of Elections within the**
**Department of State for the State of Florida**
**By serving the Office of Attorney General**
**107 West Gaines Street**
**Tallahassee, FL 32301**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

> GARY C. ROSEN, ESQ.; FBN: 310107
> BECKER & POLIAKOFF, P.A.
> Post Office Box 9057
> Fort Lauderdale, FL 33310-9057
> 954/985-4133 (BR); 954/985-4176 (Facsimile)
> Email: grosen@becker-poliakoff.com

an answer to the Complaint; which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.