UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 06-21265-CIV-JORDAN

LEAGUE OF WOMEN VOTERS OF )
FLORIDA, et. al., )
)
      Plaintiffs )
)
vs. )
)
SUE M. COBB, et. al., )
)
      Defendants )
_____ )

**ORDER REFERRING MOTION FOR PRELIMINARY INJUNCTION TO MAGISTRATE JUDGE KLEIN**

The plaintiffs' motion for a preliminary injunction [D.E. 10-2] is REFERRED to Magistrate Judge Klein for a report and recommendation. The plaintiffs' motion for leave to file a brief in excess of twenty pages [D.E. 10-1] is GRANTED. The plaintiffs' motion for an expedited oral argument [D.E. 11] is GRANTED.

Magistrate Judge Klein will hold a hearing on the preliminary injunction motion on Monday, July 17, 2006 at 10:00 am. The defendants' response should be served and filed by no later than June 23, 2006. The plaintiffs' reply should be served and filed by no later than July 6, 2006. Due to the time-sensitive nature of the motion, no extensions of time will be granted. A courtesy copy of all further papers or motions relating to the motion for preliminary injunction must be submitted to Magistrate Judge Klein.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of June, 2006.

                                              _____
                                              Adalberto Jordan
                                              United States District Judge

Copy to:    All counsel of record
                Magistrate Judge Klein