FILED by ___ D.C.
ELECTRONIC

Jul 20 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21265-CIV-SEITZ/MCALILEY

---------------------------------------------------------------------- X
LEAGUE OF WOMEN VOTERS OF FLORIDA, PEOPLE :
ACTING FOR COMMUNITY TOGETHER (PACT), :
FLORIDA AFL-CIO, AMERICAN FEDERATION OF :
STATE, COUNTY AND MUNICIPAL EMPLOYEES, :
COUNCIL 79 (AFSCME), SEIU FLORIDA :
HEALTHCARE UNION, as organizations and as :
representatives of their members; MARILYNN WILLS; : **NOTICE OF FILING**
and JOHN and JANE DOES 1-100, : **PLAINTIFFS'**
: **DECLARATIONS**
Plaintiffs, :
:
v. :
:
SUE M. COBB, individually and in her official capacity as :
Secretary of State for the State of Florida, and DAWN :
ROBERTS, individually and in her official capacity as :
Director of the Division of Elections within the Department :
of State for the State of Florida, :
:
Defendants. :
---------------------------------------------------------------------- X

PLAINTIFFS, League of Women Voters of Florida, People Acting for Community Together (PACT), Florida AFL-CIO, American Federation of State, County and Municipal Employees, Council 79 (AFSCME), SEIU Florida Healthcare Union, as organizations and as representatives of their members; Marilynn Wills; and John and Jane Does 1-100 (collectively "Plaintiffs"), by and through their undersigned counsel, hereby file the following Declarations in further support of Plaintiffs' Motion for a Preliminary Injunction:

1. Ion Sancho, Supervisor of Elections in Leon County, Florida.

2. Donald P. Green, A. Whitney Griswold Professor of Political Science at Yale University.

3. Emily J. Groendyke, associate at the law firm of Kramer Levin Naftalis & Frankel LLP, with the following attached exhibits:

 a. Exhibit A: July 19, 2006 Press Release of the Republican Party of Florida

 b. Exhibit B: Webpage of the Green Party of Florida

 c. Exhibit C: Report from the United States Census Bureau entitled "Voting and Registration in the Election of November 2004."

Dated: July 20, 2006

| | |
|---|---|
| Gary C. Rosen<br>Florida Bar No. 310107<br>BECKER & POLIAKOFF, P.A.<br>3111 Stirling Road<br>Ft. Lauderdale, Florida 33312<br>Tel: (954) 985-4133 | Wendy R. Weiser<br>BRENNAN CENTER FOR JUSTICE<br> AT NYU SCHOOL OF LAW<br>161 Avenue of the Americas, 12th Floor<br>New York, N.Y. 10013<br>Tel: (212) 998-6730 |
| Elizabeth S. Westfall<br>ADVANCEMENT PROJECT<br>1730 M. Street, N.W., Suite 910<br>Washington, D.C. 20036<br>Tel: (202) 728-9557 | Eric A. Tirschwell<br>Erin A. Walter<br>Craig L. Siegel<br>KRAMER LEVIN NAFTALIS &<br> FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, N.Y. 10036<br>Tel: (212) 715-9100<br><br>By: _____<br>  Eric A. Tirschwell<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Notice of Filing Plaintiffs' Declarations, dated July 20, 2006, was served by electronic mail and regular United States mail, postage prepaid, on the 20th day of July, 2006, upon the following:

Peter Antonacci, Esq.
GrayRobinson, P.A.
301 S. Bronough Street, Suite 600
Post Office Box 11189
Tallahassee, FL 32302-3189

_____
Eric A. Tirschwell