

FILED by *DJ* D.C.

ELECTRONIC

**Jul 20 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21265-CIV-SEITZ/MCALILEY

```
----------------------------------------------------------------  x
LEAGUE OF WOMEN VOTERS OF FLORIDA, PEOPLE   :
ACTING FOR COMMUNITY TOGETHER (PACT),       :
FLORIDA AFL-CIO, AMERICAN FEDERATION OF     :
STATE, COUNTY AND MUNICIPAL EMPLOYEES,      :
COUNCIL 79 (AFSCME), SEIU FLORIDA           :
HEALTHCARE UNION, as organizations and as   :
representatives of their members; MARILYNN WILLS;   :
and JOHN and JANE DOES 1-100,               :
                                            :
          Plaintiffs,                       :
                                            :
     v.                                     :
                                            :
SUE M. COBB, individually and in her official capacity as   :
Secretary of State for the State of Florida, and DAWN   :
ROBERTS, individually and in her official capacity as   :
Director of the Division of Elections within the Department   :
of State for the State of Florida,          :
                                            :
          Defendants.                       :
----------------------------------------------------------------  x
```

**NOTICE OF FILING
PLAINTIFFS'
DECLARATIONS**

PLAINTIFFS, League of Women Voters of Florida, People Acting for Community

Together (PACT), Florida AFL-CIO, American Federation of State, County and Municipal

Employees, Council 79 (AFSCME), SEIU Florida Healthcare Union, as organizations and as

representatives of their members; Marilynn Wills; and John and Jane Does 1-100 (collectively

"Plaintiffs"), by and through their undersigned counsel, hereby file the following Declarations

in further support of Plaintiffs' Motion for a Preliminary Injunction:

1. Ion Sancho, Supervisor of Elections in Leon County, Florida.

2.  Donald P. Green, A. Whitney Griswold Professor of Political Science at Yale University.

3.  Emily J. Groendyke, associate at the law firm of Kramer Levin Naftalis & Frankel LLP, with the following attached exhibits:

    a.  Exhibit A:  July 19, 2006 Press Release of the Republican Party of Florida

    b.  Exhibit B:  Webpage of the Green Party of Florida

    c.  Exhibit C:  Report from the United States Census Bureau entitled "Voting and Registration in the Election of November 2004."

Dated:  July 20, 2006

Gary C. Rosen
Florida Bar No. 310107
BECKER& POLIAKOFF, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312
Tel: (954) 985-4133

Wendy R. Weiser
BRENNAN CENTER FOR JUSTICE
    AT NYU SCHOOL OF LAW
161 Avenue of the Americas, 12th Floor
New York, N.Y. 10013
Tel: (212) 998-6730

Elizabeth S. Westfall
ADVANCEMENT PROJECT
1730 M. Street, N.W., Suite 910
Washington, D.C. 20036
Tel: (202) 728-9557

Eric A. Tirschwell
Erin A. Walter
Craig L. Siegel
KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Tel: (212) 715-9100

By: _____
        Eric A. Tirschwell

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Notice of Filing

Plaintiffs' Declarations, dated July 20, 2006, was served by electronic mail and regular

United States mail, postage prepaid, on the 20th day of July, 2006, upon the following:

> Peter Antonacci, Esq.
> GrayRobinson, P.A.
> 301 S. Bronough Street, Suite 600
> Post Office Box 11189
> Tallahassee, FL 32302-3189

Eric A. Tirschwell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21265-CIV-SEITZ/MCALILEY

|  |  |  |
|---|---|---|
| ------------------------------------------------- | x |  |
| LEAGUE OF WOMEN VOTERS OF FLORIDA, PEOPLE ACTING FOR COMMUNITY TOGETHER (PACT), FLORIDA AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 79 (AFSCME), SEIU FLORIDA HEALTHCARE UNION, as organizations and as representatives of their members; MARILYNN WILLS; and JOHN and JANE DOES 1-100, | : : : : : : : : | DECLARATION OF ION SANCHO |
| Plaintiffs, | : : |  |
| v. | : : : |  |
| SUE M. COBB, individually and in her official capacity as Secretary of State for the State of Florida, and DAWN ROBERTS, individually and in her official capacity as Director of the Division of Elections within the Department of State for the State of Florida, | : : : : : : : |  |
| Defendants. | : |  |
| ------------------------------------------------- | x |  |

I, Ion Sancho, declare:

1.   I am currently the Supervisor of Elections in Leon County, a position that I have held since January 2, 1989.

**Third-Party Voter Registration Groups:**

2.   In my experience, third-party registration groups increase the voter registration rate of eligible voters, which in turn leads to increased participation at the polls. These groups assist many lower-income and transient voters to register to vote. Absent assistance from third-party registration groups, these prospective voters would most likely not register to vote.

3.   In my eighteen years as the Leon Country Supervisor of Elections, I do not recall having received a single voter registration application after a book

closing deadline from the League of Women Voters, the AFL-CIO, AFSCME, or the SEIU.

**Increase in Voter Registration Applications As Book Closing Deadline Approaches**

4.  During my tenure as Supervisor, as the book closing deadline approaches in election years, my office has received a larger number of voter registration applications than it receives in prior months. Although the numbers vary with different elections, this has been the case throughout my tenure, including in the period from 1989 to 1994.

5.  The voter registration applications my office receives in the period before book closing come from individuals registering on their own, third-party voter registration groups, and political parties. I am not aware of any appreciable difference between third party groups, individuals, and political parties in terms of the time spread in which they are most likely to submit registration applications.

6.  The large of number of applications submitted in the weeks and months prior to the deadline likely reflects intensified media attention on the election and campaigning on the part of candidates, which in turn sparks increased interest in the election on the part of prospective voters. Additionally, due to the socio-economic characteristics of prospective registrants who receive assistance from third-party voter registration organizations, such registrants are likely to delay registering until the period just prior to the registration deadline.

7.  In Leon County, I have anticipated this increase in applications and have hired additional staff and assigned staff to double shifts for the period between approximately three months before the book closing date until two weeks after book closing. As a result, I have not had difficulty processing large numbers of voter registration applications that are received very close to the book closing deadline.

**Submission of Voter Registration Applications by Third-Party Organizations and Partisan Organization in 2004**

8.  In 2004, my office received a small number of voter registration applications after the general election book closing deadline from both non-partisan, third-party voter registration organizations, and political parties alike.

9.  More specifically, our records show that in 2004 we received only four such late voter registration applications from all third party registration organizations (including political parties) -- although our records do not specify whether or how many of those four late applications came from

political parties, other third party groups, or both. These same third party groups (including political parties) registered 20,943 new voters in 2004.

10. Third party groups (including political parties) registered 62.7 percent of all newly registered voters in Leon County in 2004.

11. Based on my eighteen years of service as a Supervisor of Elections, I do not see any appreciable difference in the timeliness of voter registration applications submitted by political parties, as compared to those submitted by non-partisan third-party voter registration groups.

12. Given this law's strict liability and heavy fines, it will not effectively address voter registration problems and will instead diminish voter participation by making it riskier and more costly for private groups to register voters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/19, 2006

Ion Sancho

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21265-CIV-SEITZ/MCALILEY

------------------------------------------------------------- x

LEAGUE OF WOMEN VOTERS OF FLORIDA, PEOPLE
ACTING FOR COMMUNITY TOGETHER (PACT),
FLORIDA AFL-CIO, AMERICAN FEDERATION OF
STATE, COUNTY AND MUNICIPAL EMPLOYEES,
COUNCIL 79 (AFSCME), SEIU FLORIDA
HEALTHCARE UNION, as organizations and as
representatives of their members; MARILYNN WILLS;
and JOHN and JANE DOES 1-100,

          Plaintiffs,

       v.

SUE M. COBB, individually and in her official capacity as
Secretary of State for the State of Florida, and DAWN
ROBERTS, individually and in her official capacity as
Director of the Division of Elections within the Department
of State for the State of Florida,

          Defendants.

------------------------------------------------------------- x

**AFFIDAVIT OF
DONALD P. GREEN
ON BEHALF OF
PLAINTIFFS**

## EXPERT AFFIDAVIT OF DONALD P. GREEN
## ON BEHALF OF PLAINTIFFS

### I.   Qualifications

1. My academic position is A.Whitney Griswold Professor of Political Science at

Yale University. I received my doctorate in political science from University of

California, Berkeley in 1988. I have taught political science at Yale University since

1989. I was promoted to Professor of Political Science in 1994. In 1996, I was appointed

Director of Yale's Institution for Social and Policy Studies, an interdisciplinary policy

center founded in 1968. I also hold a joint appointment in Yale's Department of

Psychology. In 2003, I was elected Fellow of the American Academy of Arts and Sciences.

2. My expertise lies in the area of campaigns, elections and voter behavior. I regularly teach courses to undergraduate and graduate students on those topics. I have published extensively on, among other things, the topic of electoral campaigns, political parties, public opinion, and voter participation in leading political science journals such as the *American Political Science Review*, *American Journal of Political Science*, *Journal of Politics*, *Electoral Studies*, *Political Research Quarterly*, and *Political Analysis*. A complete list of my publications is included in my curriculum vitae attached as Exhibit A. I recently co-authored a book entitled *Get Out The Vote!  How to Increase Voter Turnout* (Brookings Institution Press, 2004), which reports the results of more than a dozen studies of political campaigns and voter mobilization drives. In the course of conducting these studies and in the years since the book was published, I have worked closely with a wide array of partisan and nonpartisan campaigns, evaluating their efforts statistically and observing first hand their day-to-day operations.

3. Over the past 15 years, I have taught a variety of classes in the field of American politics and served as a reviewer for every major academic journal in this field. I have been a member of the American Politics section of the American Political Science Association since 1984 and have made scores of presentations at professional meetings and lecture series around the country. In 2005, I was elected to the Council of the American Political Science Association. I also serve on the Board of Overseers of the American National Election Study. My scholarship has won recognition from the National Science Foundation and substantial financial support from the James Irvine

2

Foundation, Pew Charitable Trusts, Smith Richardson Foundation, Harry Frank Guggenheim Foundation, and Russell Sage Foundation.

4. I am being paid $200 per hour for my work on this case, plus expenses. During the past six years, I have testified as an expert in the following cases: *McConnell v. Federal Election Commission, California Prolife Council et al. v. Fair Political Practices Commission et al.,* and *Daggett v. Webster*, and *Acorn et al. vs. Bysiewicz.*

5. Based on my extensive experience studying campaigns and voter turnout in elections at local, state and federal level, I declare under penalty of perjury that the comments in this document are true and correct.

## II.   Distributing vs. Gathering Registration Forms

6. In sum, there are three reasons to expect a registration form distribution campaign to be less effective than a registration form distribution and collection campaign. The latter (1) imposes fewer transaction costs on prospective registrants, (2) more effectively communicates the importance of voter participation, thereby increasing the motivation to vote, and (3) relies on productivity metrics that sustain incentives for high quality interactions between canvassers and prospective registrants.

7. First, any law or administrative rule that has the effect of increasing the transaction cost of registering to vote has the concomitant effect of diminishing voter turnout. Political scientists disagree about the precise strength of this causal relationship, but there is no disagreement about the validity of this general principle or the fact that voter turnout rates are predicted to a statistically significant degree by the ease with which people in different jurisdictions can register to vote.

3

8. This principle applies directly to the question of whether voter registration forms are more likely to be completed by prospective registrants if these forms are distributed *and collected* by groups conducting voter registration drives, as opposed to merely being distributed by these groups. A group that distributes forms but does not gather completed forms in effect fobs the transaction cost of sending in the form onto the prospective registrant, lowering the probability that they will in fact register to vote.

9. Beyond transaction cost-related concerns, it should be added that distributing forms without collecting them communicates an altogether different message to prospective registrants. When forms are distributed and gathered, the prospective registrant is implicitly told that his or her act of registration is of sufficient importance to merit the patience of the person waiting to gather the forms. When a person simply hands out forms, the message is different; it is more akin to "Here is a form to fill out and mail. You are on your own. Good luck."

10. It may be objected that voter registration workers could take a much more hands-on approach even when they do not collect completed forms. Volunteers, it may be argued, could actively assist applicants as they complete the registration form and encourage them to find postage and a mailbox. This type of personal touch might characterize some small-scale volunteer campaigns, but this approach breaks down when applied to large-scale registration campaigns, which rely on a mix of volunteers and paid staff in order to cover large geographic areas, such as the State of Florida. Registration drive supervisors monitor the productivity of those conducting registration drives by counting the number of registration forms that they collect. Without the completed forms, it is difficult to know which workers are most productive or which areas generate

4

the greatest number of new registrants. For these reasons, a group's inability to gather completed forms undercuts the efficiency of a registration campaign. As the metric of productivity shifts from the number of completed forms gathered to the number of forms distributed, workers will naturally shift their emphasis in dealing with prospective registrants, favoring larger quantities of brief interactions.

11. This shift in productivity metrics is likely to occur even among unpaid volunteers. Although unpaid volunteers do not have a direct economic incentive to meet quotas, their organizational leadership has an incentive to generate quantitative productivity data as a means of justifying their allocation of volunteer resources and their fundraising requests to potential donors. The leadership will therefore change the way in which they train and deploy registration volunteers. The net effect of these changing organizational imperatives is lower quality interactions with prospective registrants, which in turn undercuts the effectiveness of voter registration efforts.

12. One of the key lessons generated by the experimental literature on voting is that the personal touch is crucial to success. Consider the experimental evidence on the effects of face-to-face communication on voter turnout. As I demonstrate in my *Get Out the Vote* book, a variety of studies have established that a get-out-the-vote script is far more influential when delivered in person rather than by phone. Making direct personal contact with voters makes a difference. At the same time, the specific content of the get-out-the-vote appeal tends not to alter its effectiveness. I interpret this pattern to mean that most of what is communicated at the doorstep is symbolic: voters are informed by the mere fact that someone has taken the trouble to encourage them to vote that others care

deeply about their participation. In much the same way, I believe, registration efforts that gather completed registration forms implicitly underscore the importance of participation.

### III. Registration Drives as Associative Activity

13. In principle, registration drives could be conducted solely by political parties. However, any policy that effectively limits the capacity of non-party groups to conduct voter registration and outreach ignores the role that non-party groups play in the development and change of political parties and politics. Political parties are not static entities. They instead represent fluid coalitions, the composition of which is the subject of ongoing intra-party and extra-party competition. Non-party interest groups are often actors that attempt to change the balance of power within and between parties. Throughout American history, non-party actors (e.g., Abolitionists, Progressives, Moral Majority) have mobilized their adherents and transformed themselves from non-party actors to part of the dominant coalition within a party. Subjecting non-party interest groups to different rules when it comes to registering voters disrupts this process by putting extra-party interest groups at a distinct disadvantage vis-à-vis their established party counterparts.

14. From the standpoint of prospective registrants, non-party registration drives offer an important opportunity to express their support for non-party actors in the political process. Members of new immigrant groups, for example, often feel excluded from political parties, who are perceived to favor more established voting blocs. Non-party actors are therefore able to gain political support in these immigrant communities through outreach efforts that go beyond the efforts of the parties; and in turn, voters who register through these groups are, in so doing, able to express their frustration with the

6

parties and their outreach efforts. Again, making it more difficult or risky for non-party groups to conduct these voter registration efforts impedes the natural process by which voters and interest groups express themselves in the American party system.

15. A law that singles out non-party organizations with threatened sanctions undercuts the associative activity that is central to our constitutional design. A system that, in effect, allows only parties to register voters undermines the associative and expressive rights of social groups that find themselves outside dominant party coalitions. Consider again the case of recent immigrants. The strategic logic of maximizing votes impels parties to give greater attention to so-called high-propensity voters than to newly naturalized citizens from minority communities. Certain non-party organizations make a special point of filling this gap, conducting voter registration and education campaigns in these ethnic communities. Voters, in turn, respond to these organizations' efforts and register to vote when approached by these outreach campaigns precisely because of the reputation these organizations have gained as credible representatives of minority interests. This kind of associative activity and political expression is threatened by a law that makes voter registration campaigns the sole province of political parties.

## III. Probable Effects of Penalizing Groups for Gathering Completed Forms

16. Any legal rules that make it risky – catastrophically risky in this case – for groups to gather completed forms will put these groups out of the business of conducting what might be called "neighborhood outreach" registration campaigns. By neighborhood outreach campaigns, I mean the kinds of campaigns in which individuals are visited at their homes or approached in public places and encouraged to complete registration

forms.   Large-scale registration campaigns of this kind were responsible for the record-breaking surge in voter registration in swing states during the summer of 2004.

17. Why will this style of registration campaign die out?  The answer is that the success of a face-to-face encounter with a prospective registrant hinges on the ability to gather the completed registration card.  Otherwise, the neighborhood registration campaign is analogous to a direct mail campaign, in which voters are merely given registration materials.  Direct mail campaigns are generally much less expensive than campaigns that involve the hiring and supervision of a ground operation.  The economics of (merely) distributing registration cards will eliminate neighborhood outreach campaigns by non-party actors.

18. A growing number of political observers are expressing concern about the de-personalization of politics and sense of political disengagement that it engenders.   Any policy that impedes the growth of community-based groups engaged in political outreach efforts and replaces them with automated and impersonal campaign tactics threatens to reverse the gains in civic engagement that were witnessed in the last presidential election cycle.

**IV. Impairing Registration Efforts Results in Lower Voter Turnout**

19. Non-party actors use registration campaigns during the weeks prior to the close of registration as a stepping stone to the voter education and voter mobilization efforts that lead up to Election Day.  Neighborhood registration activity – the process of meeting voters and registering them – provides three direct benefits to any voter education and get-out-the-vote effort.  First, it builds a personal relationship between the voter and the canvasser (or the canvasser's organization).  Voters, particularly residents

8

of low-income communities, often complain about the tendency of traditional political actors to pay attention to them only in the closing days of a campaign. By establishing a personal relationship well before Election Day, a registration campaign builds trust in the political process, conveys the authenticity of the group's commitment to the community, and signals the group's interest in bringing new voters into the political process.

20. Second, the process of registering voters facilitates voter education and get-out-the-vote campaigns directly. New registrants' contact information becomes immediately available to the group that registers them, facilitating the rapid creation of databases that make timely get-out-the-vote campaigns possible. This data-basing aspect of a registration drive is of special importance to groups that have as part of their mission the mobilization of certain demographic groups. For example, in my extensive experience assembling and analyzing voter files, I have found that in local jurisdictions registration rolls do not include key pieces of information, such as race, ethnicity, or age. A group endeavoring to mobilize new registrants from one or more of these demographic segments would have difficulty doing so on the basis of the registration list alone. This information gap is overcome when new registrants are met face-to-face during the voter registration process. Note that political parties in Florida do not face this problem (or at least not to the same degree as interest groups), because registrars specifically encourage voters to declare their party affiliation when registering.

21. Finally, the process of registering voters may enhance the effectiveness of get-out-the-vote contacts in the closing days of the election. Although experimental evidence on this point is mixed, there is, on balance, reason to believe that the most effective get-out-the-vote drives are carried out by groups that register and then re-contact the people

9

they aim to mobilize. This register-and-re-contact mobilization strategy seems more effective than a mobilization strategy that targets newly registered people with whom the organization had no prior contact.

## V. Summary

22. Laws that impede the voter registration efforts of non-party organizations harm the electoral system. The particular law at issue in this case changes the incentive structure within which these organizations operate in ways that I believe will diminish voter turnout and impair the representation of groups that would otherwise be the targets of voter registration drives. By confining registration drives to party-led efforts, the new law undercuts rights of association and expression that were enjoyed under the status quo ante, wherein interest groups dramatized the gaps in party representation by reaching out to communities outside the dominant party coalitions.

I declare under penalty of perjury that the foregoing is true and correct.

Signed _____     Executed on _7/19/2006_

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21265-CIV-SEITZ/MCALILEY

--------------------------------------------------------- x

LEAGUE OF WOMEN VOTERS OF FLORIDA,  :
PEOPLE ACTING FOR COMMUNITY TOGETHER  :
(PACT), FLORIDA AFL-CIO, AMERICAN  :
FEDERATION OF STATE, COUNTY AND  :
MUNICIPAL EMPLOYEES, COUNCIL 79  :
(AFSCME), SEIU FLORIDA HEALTHCARE UNION,  :
as organizations and as representatives of their members;  :
MARILYNN WILLS; and JOHN and JANE DOES 1-  :  **DECLARATION OF**
100,  :  **EMILY J. GROENDYKE**

             Plaintiffs,  :

             v.  :

SUE M. COBB, individually and in her official capacity  :
as Secretary of State for the State of Florida, and DAWN  :
ROBERTS, individually and in her official capacity as  :
Director of the Division of Elections within the  :
Department of State for the State of Florida,  :

             Defendants.  :

--------------------------------------------------------- x

I, Emily J. Groendyke, declare:

     1.    I am an associate at the law firm of Kramer Levin Naftalis & Frankel LLP.

My admission to the bar of the State of New York is pending. I submit this declaration

based upon personal knowledge in order to authenticate certain documents submitted to

the Court.

     2.    On July 19, 2006 at 9:26 p.m., I visited the web site of the Republican

Party of Florida and reviewed a press release, dated March 5, 2004, entitled: "Florida

Republican Leaders Join Chairman Jordan to Launch Unprecedented Voter Registration

Effort." I printed the entire press release from the web site, located at the following URL: http://www.rpof.org/press/2004030501.php. The printout accurately reflects the press release posted on the web site. The printout is attached as Exhibit A to this declaration.

3.       On July 19, 2006 at 9:27 p.m., I visited the web site of the Green Party of Florida and reviewed the web page entitled: "Green Party of Florida FAQ (Frequently Asked Questions)." I printed the entire web page, which was located at the following URL: http://www.floridagreens.org/modules.php?op=modload&name=FAQ&file=index&myfaq=yes&id_cat=4. The printout accurately reflects the web page. The printout is attached as Exhibit B to this declaration.

4.       On July 19, 2006 at 10:05 p.m., I visited the web site of the United States Census Bureau and viewed a report entitled: "Voting and Registration in the Election of November 2004." I printed the entire report from the web site, located at the following URL: http://www.census.gov/prod/2006pubs/p20-556.pdf. The printout accurately reflects the report posted on the web site. The printout is attached as Exhibit C to this declaration.

5.       I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 19, 2006


Emily J. Groendyke

# EXHIBIT A

**REPUBLICAN PARTY OF FLORIDA**



News Center:

- <u>News</u>
- <u>Press Releases</u>
- <u>Radio Actualities</u>
- <u>Gallery</u>

# Press Release

For Immediate Release: March 5, 2004

## Florida Republican Leaders Join Chairman Jordan To Launch Unprecedented Voter Registration Effort

Contact: Joseph Agostini
(850) 222-7920 x520

*Lieutenant Governor Toni Jennings and Chief Financial Officer Tom Gallagher joined Chairman Jordan for kickoff*

TALLAHASSEE - Republican Party of Florida Chairman Carole Jean Jordan was joined by Lieutenant Governor Toni Jennings and Chief Financial Officer Tom Gallagher today to mark the beginning of National Voter Registration Week. The weeklong drive begins March 6 and concludes March 13, 2004.

In January, the Republican National Committee (RNC) designated March 6-13 as National Voter Registration Week as a part of its commitment to register three million new voters nationwide by Election Day 2004. This is the largest voter registration drive in the history of the Republican Party.

"Our highest priority is reaching out to new voters and growing our Party at the grassroots level, one voter at a time," said Chairman Jordan. "By expanding our party, we will ensure that we have the grassroots network in place to elect Republican candidates from the courthouse to the White House on Election Day 2004. The more voters we register, the more Republicans will win."

"As the 2000 election demonstrated, every single vote counts," continued Chairman Jordan. "That is why the Republican Party is making registering to vote easier than ever. Not only will volunteers be calling prospective voters and going door-to-door to register as many Republicans as possible, voters can now register online by visiting

RPOF: Press Releases                                                    Page 2 of 2

http://www.rpof.org> and downloading their voter registration form."

---

420 E. Jefferson Street, PO Box 311, Tallahassee, FL 32301   Phone: 850.222.7920   Fax: 850.681.0184

Paid for by the Republican Party of Florida.

Not authorized by any candidate or candidate committee. www.rpof.org

Copyright © 2004 Republican Party of Florida | Privacy Policy | Legal Disclaimer

# EXHIBIT B

Green Party of Florida ::                                                                        Page 1 of 2



# Green Party of Florida

Member Login

About Us :: News :: Events :: Forums :: Links :: Downloads :: Search

## MAIN MENU

- Home
- Platform
- Contacts
- Join
- Donate
- Bylaws

### Green Party of Florida FAQ (Frequently Asked Questions)

Category: Main -> 3. Join the Green Party

## EVENTS

No Events

## NEWS

- Protester mom arrested outside White House (Sep 29, 2005)
- GREENS IN SOLIDARITY WITH GLTB Community (Jun 25, 2005)
- Broward Green attends L & A Testing watch the video (Jun 25, 2005)
- Coordinated Campaign Committee Call for Candidates (Jun 22, 2005)
- Lauderdale officials, business owners not too thrilled about global conference (Apr 28, 2005)
- Anti-war protesters in Lake Worth mark 2nd

## Question

- **Join The Green Party!**

## Answer

- **Join The Green Party!**

The Green Party of Florida Needs Your Help!

If you want to join, first try to find a Local Green Party group near you.

You will find the current list of them under Contacts, or just Click Here.

Send an Email to them with your name, address, county (all as listed on your voter registration, if registered), and phone number and precinct (if you know it).

*Call them* to introduce yourself.. especially since each person checks email at different intervals. Check out their website and any announcement email list they may have. Find out where they meet and when.

If you can find no coordinator for your area, please consider becoming a Local Green Party Coordinator for that area. A local coordinator helps keep track of the people interested in the Green Party in that area, so that they may begin meeting, and organizing a local party. Whether or not you want to be a coordinator, you can contact our Outreach Committee, or our Spokespersons.

If you do not have email, you may also mail your information to the Green Party of Florida.

Green Party of Florida ::                                                    Page 2 of 2

year of Iraq conflict
(Mar 23, 2005)
• Republican
National Convention
- Green Actions (Jul
04, 2004)
• The Green Party of
Florida Retains ACLU
(Jun 18, 2004)
• The Ballots Are In!
(Jun 15, 2004)
• Camejo for VP to
Nader (Jun 04, 2004)

Please consider changing your voting registration to list you as a
Green Party voter. That will send a loud signal to Politicians that an
increasing amount of people support our Key Values and our Green
Party Platform.

You may change your voting registration by filling out the tiny form
on the reverse side of your voting card (if your voting cards has one),
or by filling out a new voter registration form, available at most post
offices, and specifying Green Party under Party Affiliation. A person
can re-register and change their voter registeration as many times as
they like, but some time limits exist for voting in primaries. Most of
our Local Green Party organizers keep voter registrations available, to
help with voter registration drives.

Be sure to come back here often to check out the News and Events,
or subscribe to our email list newsletter.

Welcome to the Green Party!

Back to top

[ FAQ index ]

Your Account :: About Us :: News :: Events :: Forums :: Links :: Downloads :: Search

This web site was made with PostNuke, released under the GNU/GPL license.
You can syndicate our news using the file backend.php

# EXHIBIT C

Census Bureau Home Page

Page 1 of 1

| Subjects A to Z | FAQs | Privacy Policy | He

**Data Finders**

SEARCH: ● FAQs ○ Census.gov [_____] GO

**CENSUS 2000**
United States

New on the Site
Data Tools
American FactFinder
Jobs@Census
Catalog
Publications
Are You in a Survey?
About the Bureau
Regional Offices
Doing Business with Us
Related Sites

Anniversary of
Americans With
Disabilities Act

Understanding
Federal Statistics
Workshop
September 10-14, 2006

**People & Households**
Your Gateway to Census 2000 · Census 2000 EEO
Tabulations · Summary File 4 (SF 4) · Summary File 3 (SF 3)

Estimates · American Community Survey · Projections ·
Housing · Income | State Family Income · Poverty ·
Health Insurance · International · Genealogy · More

**Business & Industry**
Economic Census · Economic Indicators · NAICS · Survey
of Business Owners · Government · E-Stats · Foreign Trade
| Export Codes · Local Employment Dynamics · More

**Geography**
Maps · TIGER · Gazetteer · More

**Newsroom**
Releases · Facts For Features · Minority Links ·
Broadcast and Photo Services · More

**Special Topics**
Hurricane Data and Emergency Preparedness ·
Census Calendar · Training · For Teachers ·
Statistical Abstract · FedStats · FirstGov

data: a collection of facts

**Population Clocks**
U.S. 299,261,635
World 6,529,389,019
02:04 GMT (EST+5) Jul 20, 2006

**Latest Economic Indicators**
● Housing Starts
● Manufacturing and Trade Inventories and Sales

**Population Finder ¬**
city/ town, county, or zip
[_____]
or state
-- select a state -- GO

**Find An Area Profile with QuickFacts**
Select a state to begin
-- select a state --

**Economic Indicators ¬**
Select an indicator
-- select an indicator --

| Accessibility | Information Quality | Data Protection & Privacy Policy | Data Protection & Privacy Policy | FOIA | U.S. Dept of Comm

http://www.census.gov/

7/19/2006

# Voting and Registration in the Election of November 2004

## Population Characteristics

Issued March 2006

P20-556

This report examines the levels of voting and registration in the November 2004 presidential election, the characteristics of citizens who reported that they were registered for or voted in the election, and the reasons why registered voters did not vote.

The data on voting and registration in this report are based on responses to the November 2004 Current Population Survey (CPS) Voting and Registration Supplement, which surveys the civilian noninstitutionalized population in the United States. The estimates presented in this report may differ from those based on administrative data or data from "exit" polls. For more information, see the section *Accuracy of the Estimates*.

### VOTING AND REGISTRATION OF THE VOTING-AGE CITIZEN POPULATION

#### Turnout for the November 2004 Election

In the presidential election of November 2004, the 64 percent of voting-age citizens who voted was higher than the 60 percent who turned out in 2000 (Table A).[1] This was the highest turnout in a presidential election year since

**ABOUT THIS REPORT**

Voting and registration rates historically have been higher in years with presidential elections than in congressional election years. For the purposes of this report, the 2004 data (a presidential election year) are compared with previous presidential election years (2000, 1996, 1992, etc.).

1992, when 68 percent of voting-age citizens voted.[2] The overall number of people who voted in the November 2004 election was 126 million, a record high for a presidential election year. Voter turnout increased by 15 million voters from the election in 2000. During this same 4-year period, the voting-age citizen population increased by 11 million people.

The registration rate of the voting-age citizen population, 72 percent, was higher than the 70 percent registered in the 2000 election. The last presidential election year to have a higher registration rate was 1992, when 75 percent of voting-age citizens were registered to

[1] People in the military, U.S. citizens living abroad, and people in institutionalized housing such as correctional institutions and nursing homes were not included in the survey. For a discussion of the differences between the official counts of votes cast and the CPS data, see the section *Measuring Voting in the Current Population Survey*.

[2] Because the estimates in this report, which are shown in text, figures, and tables, are based on responses from a sample of the population and may

differ from actual values because of sampling variability or other factors. As a result, apparent differences between the estimates for two or more groups may not be statistically significant. All comparative statements have undergone statistical testing and are significant at the 90-percent confidence level unless otherwise noted.

[3] Additional information about historical voting and registration data is available at www.census.gov/population/www/socdemo/voting.html.

# USCENSUSBUREAU

*Helping You Make Informed Decisions*

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU

Table A.
**Reported Rates of Voting and Registration: 1996 to 2004**

(Numbers in thousands)

| Presidential election year | Total | Citizens | | | | | | | Registered | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Registered | | | Voted | | | Percent reported voted | 90-percent confidence interval |
| | | | Number | Percent | 90-percent confidence interval | Number | Percent | 90-percent confidence interval | | |
| **Total, 18 Years and Older** | | | | | | | | | | |
| 2004 . . . . . . . . . . . . . . . . . . . | 215,694 | 197,005 | 142,070 | 72.1 | 71.8–72.4 | 125,736 | 63.8 | 63.5–64.1 | 88.5 | 88.3–88.7 |
| 2000 . . . . . . . . . . . . . . . . . . . | 202,609 | 186,366 | 129,549 | 69.5 | 69.2–69.8 | 110,826 | 59.5 | 59.2–59.8 | 85.5 | 85.2–85.8 |
| 1996 . . . . . . . . . . . . . . . . . . . | 193,651 | 179,935 | 127,661 | 70.9 | 70.6–71.2 | 105,017 | 58.4 | 58.1–58.7 | 82.3 | 82.0–82.6 |

Source: U.S. Census Bureau, Current Population Survey, November 1996, 2000, and 2004.

vote. Total registration in the November 2004 election was 142 million citizens, an increase of 12.5 million registered citizens since the 2000 election.

The majority of people who were registered to vote actually voted. Among people who were registered to vote in the November 2004 election, 89 percent reported they voted, up from 86 percent in the 2000 presidential election. Historically, the likelihood that an individual will actually vote once registered has remained high, with the peak at 91 percent in 1968.

**WHO VOTES?**

This section of the report highlights voting and registration rates by selected characteristics for the voting-age citizen population who participated in the November 2004 presidential election.

**Sex**

Among the citizen population, 74 percent of women and 71 percent of men were registered to vote in the 2004 presidential election. Women were more likely than men to vote (65 percent compared with 62 percent), as shown in Table B. Although men historically have

voted at higher rates than women, women's rates surpassed those of men in the 18-and-older population for the first time in the presidential election of 1984.

**Nativity Status**

In 2004, most voting-age citizens, 93 percent, were native (that is, born in the United States or its territories or born abroad to a U.S. citizen), and thus automatically had U.S. citizenship at birth. Of the estimated 216 million people of voting age in November 2004, 32 million were not citizens at birth, having immigrated to the United States. Of those, 13 million (41 percent) were naturalized citizens and therefore eligible to register and vote in the November 2004 election. The remainder of immigrants, 19 million people, were of voting age but did not have U.S. citizenship.

Registration rates were higher among native than naturalized citizens (Table B). In the election of 2004, 73 percent of native citizens were registered, compared with 61 percent of naturalized citizens. Native citizens also had a higher voter turnout (65 percent) than naturalized citizens (54 percent).

**Age**

The voting rate was higher among the older citizen population than the younger citizen population. The rate for citizens 55 and older was 72 percent in the 2004 presidential election, compared with 47 percent among 18- to 24-year-old citizens.

A key difference between these age groups was registration. While 79 percent of citizens 55 years and older were registered to vote in 2004, 58 percent of the younger citizens were.[4] Young adults, especially people in their twenties, are the most transient, which may lead to lower levels of registration because moving usually requires re-registering.[5]

While young adults had the lowest voting and registration rates in 2004, they had the largest increase in both rates since the 2000 presidential election compared with all other age groups. The registration rate for 18- to 24-year-old citizens

[4] The voting rates of those 55 to 64 years of age, 65 to 74 years of age, and 75 years and older were not statistically different.
[5] Jason Schachter, "Geographic Mobility: 2002 to 2003." Current Population Reports P20-549. Washington, DC: U.S. Census Bureau, 2004.

U.S. Census Bureau

## UNDERSTANDING VOTING RATES

### Voting-Age Population

One of the primary criteria for being eligible to vote is age. Since 1972, every state has required that a person must be at least 18 years of age to be eligible to vote. Thus, the voting-age population, or the 18-and-older population, is a population base often used in presenting voting statistics. In the election of November 2004, 126 million people, or 58 percent of the voting-age population, voted. The U.S. Census Bureau has historically estimated voting and registration rates using this population.

### Voting-Age Citizen Population

A second criterion for voting eligibility is citizenship. Only citizens of the United States (either native or naturalized) are allowed to vote in elections. While data on voting and registration have been collected in the CPS since 1964, data on citizenship status have been collected on a consistent basis in the CPS only since 1994. Removing noncitizens from the voting-age population base results in a voter turnout rate of 64 percent in 2004. This analysis focuses on the voting rates of the voting-age citizen population, also referred to in this report as "potential voters."

### Registered Population

A third criterion is registration. Every state, with the exception of North Dakota, requires eligible voters to register to vote. A majority of people who are registered to vote actually do vote—89 percent in the November 2004 election. Fifty-five million potential voters were not registered in 2004.

Figure 1 illustrates the three measures of voting rates. In November 2004, of the 216 million people who were 18 and older, 197 million were citizens and 142 million were registered. In the November election, 126 million people voted. Thus, the voting rates for the population 18 and older were 58 percent of the total voting-age population, 64 percent of the voting-age citizen population, and 89 percent of the registered population.



Figure 1.
**Voters Among the Total, Citizen, and Registered Voting-Age Populations: 2004**
(Population 18 and older, in millions)

Total population: 215.7 — Nonvoting population 89.9 — Voting population 125.7 (58.3%)
Citizen population: 197.0 — Nonvoting population 71.3 — Voting population 125.7 (63.8%)
Registered population: 142.1 — Nonvoting population 16.4 — Voting population 125.7 (88.5%)

Source: U.S. Census Bureau, Current Population Survey, November 2004.

increased 7 percentage points and the voting rate increased 11 percentage points between the 2000 and 2004 elections.

### Marital Status

Marital status is also associated with registration and voting patterns. In 2004, married individuals had the highest rate of voter registration at 78 percent (Table B). Married individuals had a higher voting rate (71 percent) than widowed (62 percent), divorced (58 percent), separated (48 percent), or never-married individuals (52 percent). Separated and never-married individuals are generally younger, which may influence their voting patterns.

While married women had virtually the same registration rate as married men (about 77 percent), they had a higher voting rate (71 percent compared with 70 percent).[6] Women who were not married had higher registration and voting rates (69 percent and 59 percent, respectively) than men who were not married (61 percent and 50 percent, respectively).[7]

---

[6] Detailed tables on marital status are available at <www.census.gov/population/www/socdemo/voting.html>.
[7] The term "not married" refers to individuals who were divorced, separated, widowed, or never married.

Table B.
## Reported Rates of Voting and Registration by Selected Characteristics: 2004

(Numbers in thousands)

| Characteristic | Total | Citizens | | | | | | | Registered | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Registered | | | Voted | | | Percent reported voted | 90-percent confidence interval |
| | | | Number | Per-cent | 90-percent confidence interval | Number | Per-cent | 90-percent confidence interval | | |
| **Total, 18 years and older** | 215,694 | 197,005 | 142,070 | 72.1 | 71.8–72.4 | 125,736 | 63.8 | 63.5–64.1 | 88.5 | 88.3–88.7 |
| **Sex** | | | | | | | | | | |
| Men | 103,812 | 94,147 | 66,406 | 70.5 | 70.1–70.9 | 58,455 | 62.1 | 61.7–62.5 | 88.0 | 87.6–88.4 |
| Women | 111,882 | 102,858 | 75,663 | 73.6 | 73.2–74.0 | 67,281 | 65.4 | 65.0–65.8 | 88.9 | 88.6–89.2 |
| **Race and Hispanic Origin** | | | | | | | | | | |
| White alone | 176,618 | 162,959 | 119,929 | 73.6 | 73.3–73.9 | 106,588 | 65.4 | 65.1–65.7 | 88.9 | 88.6–89.2 |
| White alone, non-Hispanic | 151,410 | 148,158 | 111,318 | 75.1 | 74.8–75.4 | 99,567 | 67.2 | 66.9–67.5 | 89.4 | 89.1–89.7 |
| Black alone | 24,910 | 23,346 | 16,035 | 68.7 | 67.7–69.7 | 14,016 | 60.0 | 58.9–61.1 | 87.4 | 86.5–88.3 |
| Asian alone | 9,291 | 6,270 | 3,247 | 51.8 | 49.5–54.1 | 2,768 | 44.1 | 41.9–46.3 | 85.2 | 83.0–87.4 |
| Hispanic (any race) | 27,129 | 16,088 | 9,308 | 57.9 | 56.2–59.6 | 7,587 | 47.2 | 45.5–48.9 | 81.5 | 79.7–83.3 |
| **Nativity Status** | | | | | | | | | | |
| Total citizens | 197,005 | 197,005 | 142,070 | 72.1 | 71.8–72.4 | 125,736 | 63.8 | 63.5–64.1 | 88.5 | 88.3–88.7 |
| Native | 183,880 | 183,880 | 134,039 | 72.9 | 72.6–73.2 | 118,693 | 64.5 | 64.2–64.8 | 88.6 | 88.4–88.8 |
| Naturalized | 13,125 | 13,125 | 8,030 | 61.2 | 60.0–62.4 | 7,042 | 53.7 | 52.5–54.9 | 87.7 | 86.7–88.7 |
| **Age** | | | | | | | | | | |
| 18 to 24 years | 27,808 | 24,898 | 14,334 | 57.6 | 56.7–58.5 | 11,639 | 46.7 | 45.8–47.6 | 81.2 | 80.3–82.1 |
| 25 to 34 years | 39,003 | 32,842 | 21,690 | 66.0 | 65.3–66.7 | 18,285 | 55.7 | 54.9–56.5 | 84.3 | 83.6–85.0 |
| 35 to 44 years | 43,130 | 38,389 | 27,681 | 72.1 | 71.5–72.7 | 24,560 | 64.0 | 63.3–64.7 | 88.7 | 88.2–89.2 |
| 45 to 54 years | 41,589 | 39,011 | 29,448 | 75.5 | 74.9–76.1 | 26,813 | 68.7 | 68.0–69.4 | 91.1 | 90.6–91.6 |
| 55 years and older | 64,164 | 61,866 | 48,918 | 79.1 | 78.6–79.6 | 44,438 | 71.8 | 71.3–72.3 | 90.8 | 90.5–91.1 |
| 65 to 74 years | 18,363 | 17,759 | 14,125 | 79.5 | 78.6–80.4 | 13,010 | 73.3 | 72.4–74.2 | 92.1 | 91.5–92.7 |
| 75 years and older | 16,375 | 15,933 | 12,581 | 79.0 | 78.1–79.9 | 10,915 | 68.5 | 67.5–69.5 | 86.8 | 85.9–87.7 |
| **Marital Status** | | | | | | | | | | |
| Married | 123,484 | 111,753 | 86,637 | 77.5 | 77.1–77.9 | 78,984 | 70.7 | 70.2–71.2 | 91.2 | 90.9–91.5 |
| Widowed | 13,868 | 13,231 | 9,677 | 73.1 | 71.7–74.5 | 8,155 | 61.6 | 60.1–63.1 | 84.3 | 83.0–85.6 |
| Divorced | 21,222 | 20,327 | 13,843 | 68.1 | 66.9–69.3 | 11,881 | 58.4 | 57.2–59.6 | 85.8 | 84.7–86.9 |
| Separated | 4,748 | 4,179 | 2,601 | 62.2 | 59.5–64.9 | 1,986 | 47.5 | 44.7–50.3 | 76.4 | 73.4–79.4 |
| Never married | 52,371 | 47,515 | 29,312 | 61.7 | 60.9–62.5 | 24,730 | 52.0 | 51.2–52.8 | 84.4 | 83.6–85.2 |
| **Educational Attainment** | | | | | | | | | | |
| Less than high school graduate | 33,293 | 25,668 | 13,569 | 52.9 | 52.2–53.6 | 10,132 | 39.5 | 38.3–40.7 | 74.7 | 73.8–75.6 |
| High school graduate or GED | 68,545 | 63,690 | 42,180 | 66.2 | 65.7–66.7 | 35,894 | 56.4 | 55.9–56.9 | 85.1 | 84.7–85.5 |
| Some college or associate's degree | 58,913 | 56,494 | 43,434 | 76.9 | 76.5–77.3 | 38,922 | 68.9 | 68.4–69.4 | 89.6 | 89.2–90.0 |
| Bachelor's degree | 36,591 | 34,281 | 28,158 | 82.1 | 81.6–82.6 | 26,579 | 77.5 | 77.0–78.0 | 94.4 | 94.1–94.7 |
| Advanced degree | 18,352 | 16,872 | 14,730 | 87.3 | 86.7–87.9 | 14,210 | 84.2 | 83.5–84.9 | 96.5 | 96.1–96.9 |
| **Annual Family Income[1]** | | | | | | | | | | |
| Total family members | 161,927 | 147,542 | 108,796 | 73.7 | 73.3–74.1 | 97,352 | 66.0 | 65.6–66.4 | 89.5 | 89.2–89.8 |
| Less than $20,000 | 18,828 | 15,646 | 9,545 | 61.0 | 59.7–62.3 | 7,552 | 48.3 | 46.9–49.7 | 79.1 | 78.0–80.2 |
| $20,000 to $29,999 | 15,574 | 13,170 | 9,056 | 68.8 | 67.4–70.2 | 7,690 | 58.4 | 56.9–59.9 | 84.9 | 83.6–86.2 |
| $30,000 to $39,999 | 17,194 | 15,042 | 10,822 | 71.9 | 70.6–73.2 | 9,334 | 62.1 | 60.7–63.5 | 86.3 | 85.2–87.4 |
| $40,000 to $49,999 | 13,281 | 12,079 | 9,274 | 76.8 | 75.5–78.1 | 8,276 | 68.5 | 67.0–70.0 | 89.2 | 88.1–90.3 |
| $50,000 to $74,999 | 30,179 | 28,467 | 22,824 | 80.2 | 79.4–81.0 | 20,559 | 72.2 | 71.3–73.1 | 90.1 | 89.4–90.8 |
| $75,000 to $99,999 | 18,123 | 17,247 | 14,389 | 83.4 | 82.4–84.4 | 13,434 | 77.9 | 76.8–79.0 | 93.4 | 92.7–94.1 |
| $100,000 and over | 24,025 | 23,039 | 19,782 | 85.9 | 85.1–86.7 | 18,737 | 81.3 | 80.4–82.2 | 94.7 | 94.2–95.2 |
| Income not reported | 24,723 | 22,851 | 13,105 | 57.3 | 56.4–58.2 | 11,771 | 51.5 | 50.6–52.4 | 89.8 | 89.1–90.5 |
| **Employment Status** | | | | | | | | | | |
| In the civilian labor force | 146,082 | 132,871 | 97,211 | 73.2 | 72.9–73.5 | 86,612 | 65.2 | 64.8–65.6 | 89.1 | 88.8–89.4 |
| Employed | 138,831 | 126,336 | 93,130 | 73.7 | 73.4–74.0 | 83,250 | 65.9 | 65.5–66.3 | 89.4 | 89.1–89.7 |
| Unemployed | 7,251 | 6,535 | 4,081 | 62.4 | 60.7–64.1 | 3,362 | 51.4 | 49.7–53.1 | 82.4 | 80.7–84.1 |
| Not in the labor force | 69,612 | 64,135 | 44,859 | 69.9 | 69.2–70.2 | 39,124 | 61.0 | 60.3–61.3 | 87.2 | 86.8–87.6 |

See footnotes at end of table.

U.S. Census Bureau

Table B.
## Reported Rates of Voting and Registration by Selected Characteristics: 2004—Con.

(Numbers in thousands)

| Characteristic | Total | Citizens | | | | | | | Registered | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Registered | | | Voted | | | Percent reported voted | 90-percent confidence interval |
| | | | Number | Percent | 90-percent confidence interval | Number | Percent | 90-percent confidence interval | | |
| **Tenure** | | | | | | | | | | |
| Owner . . . . . . . . . . . . . . . . . . | 157,442 | 149,611 | 113,809 | 76.1 | 75.8–76.4 | 102,837 | 68.7 | 68.4–69.0 | 90.4 | 90.2–90.6 |
| Renter . . . . . . . . . . . . . . . . . . | 58,252 | 47,395 | 28,260 | 59.6 | 59.0–60.2 | 22,899 | 48.3 | 47.7–48.9 | 81.0 | 80.3–81.7 |
| **Duration of Residence[2]** | | | | | | | | | | |
| Less than 1 year . . . . . . . . . . | 31,358 | 26.335 | 17,321 | 65.8 | 64.8–66.8 | 13,932 | 52.9 | 51.8–54.0 | 80.4 | 79.3–81.5 |
| 1 to 2 years . . . . . . . . . . . . . | 30.105 | 25.407 | 18,611 | 73.3 | 72.3–74.3 | 16,132 | 63.5 | 62.4–64.6 | 86.7 | 85.8–87.6 |
| 3 to 4 years . . . . . . . . . . . . . | 27,280 | 24,449 | 19,467 | 79.6 | 78.7–80.5 | 17,302 | 70.8 | 69.8–71.8 | 88.9 | 88.1–89.7 |
| 5 years or longer . . . . . . . . . . | 104,747 | 100,890 | 85,053 | 84.3 | 83.9–84.7 | 76,914 | 76.2 | 75.7–76.7 | 90.4 | 90.0–90.8 |
| Not reported . . . . . . . . . . . . . | 22,205 | 19,926 | 1,618 | 8.1 | 7.6–8.6 | 1,456 | 7.3 | 6.4–8.2 | 90.0 | 87.9–92.1 |
| **Veteran Status[3]** | | | | | | | | | | |
| Total population . . . . . . | 215,630 | 197,067 | 142,197 | 72.2 | 71.9–72.5 | 125.880 | 63.9 | 63.6–64.2 | 88.5 | 88.3–88.7 |
| Veteran . . . . . . . . . . . . . . . . | 23,747 | 23,630 | 18,952 | 80.2 | 79.5–80.9 | 17,367 | 73.5 | 72.7–74.3 | 91.6 | 91.0–92.2 |
| Nonveteran . . . . . . . . . . . . . . | 191,883 | 173,437 | 123,246 | 71.1 | 70.8–71.4 | 108,512 | 62.6 | 62.3–62.9 | 88.0 | 87.7–88.3 |
| **Region** | | | | | | | | | | |
| Northeast . . . . . . . . . . . . . . | 41,006 | 37,488 | 26,785 | 71.4 | 70.8–72.0 | 24,040 | 64.1 | 63.4–64.8 | 89.8 | 89.3–90.3 |
| Midwest . . . . . . . . . . . . . . . . | 48,419 | 46,453 | 35,242 | 75.9 | 75.4–76.4 | 31,495 | 67.8 | 67.2–68.4 | 89.4 | 89.0–89.8 |
| South . . . . . . . . . . . . . . . . . | 77,188 | 71,358 | 50,556 | 70.8 | 70.3–71.3 | 43,512 | 61.0 | 60.4–61.6 | 86.1 | 85.6–86.6 |
| West . . . . . . . . . . . . . . . . . . | 49,080 | 41,707 | 29,486 | 70.7 | 70.0–71.4 | 26,689 | 64.0 | 63.3–64.7 | 90.5 | 90.0–91.0 |

[1]Limited to people in families.
[2]Data on duration of residence were obtained from responses to the question "How long has (this person) lived at this address?"
[3]These estimates were derived using the veteran weight, which uses different procedures for construction than the person weight used to produce estimates elsewhere in this table; therefore, population totals differ while proportions are not affected.

Source: U.S. Census Bureau, Current Population Survey, November 2004.

## Educational Attainment

At each successive level of educational attainment, registration and voting rates increased. The voting rate of citizens who had a bachelor's degree (78 percent) was about twice as high as that of citizens who had not completed high school (40 percent).

Younger adults overall had low voting rates; however, some subgroups of this population had relatively high voting rates. As shown in Figure 2, young adults with at least a bachelor's degree had a higher voting rate (67 percent) than young adults with lower levels of educational attainment (25 percent to 57 percent). Young adults with at least a bachelor's degree also had a higher voting rate than 25- to 44-year-old adults with some college education (64 percent) and 45- to 64-year-old adults whose highest level of attainment was high school graduate (63 percent).[8]

## Income and Employment Status

Citizens with higher incomes were more likely to register and to vote. The voting rate among citizens living in families with annual incomes of $50,000 or more was 77 percent, compared with 48 percent for citizens living in families with incomes under $20,000.[9]

Employment status is another key indicator of voting participation. In the 2004 presidential election, 66 percent of employed citizens reported voting, compared with 51 percent of those who were in the labor force but not employed. Citizens who were not in the labor force, a group that included many retired people, had a voter-participation rate of 61 percent.

---

[8] The following voting rates were not statistically different: those 65 years and older with some college and those 45 to 64 years old with a bachelor's degree or higher; those 45 to 64 years old with some college and those 25 to 44 years old with a bachelor's degree or higher; those 18 to 24 years old and 25 to 44 years old with less than a high school education.

[9] Data on income are limited to people living in families. Families include only the reference person and people related to the reference person.



Figure 2.
**Voting Rates by Educational Attainment and Age Groups: 2004**
(Citizens 18 and older, in percent)

Source: U.S. Census Bureau, Current Population Survey, November 2004.

## Veterans

Table B shows veterans had higher registration (80 percent) and voting rates (74 percent) in the presidential election than did nonveterans (71 percent and 63 percent, respectively).

Voting rates for veterans also varied by selected characteristics. Veterans whose highest educational attainment was a high school diploma had a voting rate of 66 percent, compared with similarly educated nonveterans, whose voting rate was 55 percent. Veterans with a bachelor's or advanced degree had the highest voting rate at 85 percent.[10]

Older veterans (65 and older) had higher voting and registration rates than both younger veterans and nonveterans of all ages.  Women

---

[10] Detailed tables on veteran status are available at <www.census.gov/population/www/socdemo/voting.html>.



Figure 3.
**Type of Voting Rate by Race and Hispanic Origin: 2004**
(Population 18 and older, in percent)

Source: U.S. Census Bureau, Current Population Survey, November 2004.



Figure 4.
**Voting Rates by Race and Hispanic Origin by Region: 2004**
(Citizens 18 and older, in percent)

Source: U.S. Census Bureau, Current Population Survey, November 2004.

Non-Hispanic White citizens had the highest level of voter turnout in the November 2004 election—67 percent, followed by Black citizens at 60 percent, Hispanic citizens at 47 percent, and Asian citizens at 44 percent.

Citizenship is especially important in the consideration of racial and ethnic differences in voting rates. Immigration has contributed to different proportions of noncitizens in various groups—2 percent of non-Hispanic Whites were not citizens, compared with 6 percent of Blacks, 33 percent of Asians, and 41 percent of Hispanics (of any race) in 2004. Thus, voting rates based on the voting-age population and the voting-age citizen population differ the most for the latter two groups (Figure 3). The voting rate for both Asians and Hispanics was about 28 percent of the voting-age population, and 44 percent and 47 percent, respectively, of the voting-age citizen population in each group.

A key to voter turnout is registration, as the majority of registered voters among all racial and ethnic groups voted in the 2004 election. Among the registered citizen population—89 percent of non-Hispanic Whites, 87 percent of Blacks, 85 percent of Asians, and 82 percent of Hispanics voted.[12]

veterans, although a small proportion of the total veteran population, had registration and voting rates that were not different from those of their male counterparts (about 78 percent and 73 percent, respectively).

**Race and Hispanic Origin**

The likelihood of registering and voting differed among racial groups and Hispanics (Table B). Non-Hispanic Whites had the highest registration rate at 75 percent. Sixty-nine percent of Blacks,

52 percent of Asians, and 58 percent of Hispanics were registered to vote in 2004.[11]

[11] Federal surveys now give respondents the option of reporting more than one race. Therefore, two basic ways of defining a race group are possible. A group such as Asian may be defined as those who reported Asian and no other race (the race-alone or single-race concept) or as those who reported Asian regardless of whether they also reported another race (the race-alone-or-in-combination concept). The body of this report (text, figures, and tables) shows data for people who reported they were the single race White and not Hispanic, people who reported the single race Black, and people who reported the single race Asian. Use of the single-race populations does not imply that it is the preferred method of presenting or analyzing data. The Census Bureau uses

a variety of approaches; see the Appendix Table.

Because Hispanics may be any race, data in this report for Hispanics overlap slightly with data for the Black population and the Asian population. Based on the November 2004 CPS, 3 percent of the Black voting-age population and 1 percent of the Asian voting-age population were Hispanic. Of the voting-age citizen population, 2 percent of Blacks and 1 percent of Asians were Hispanic. Data for the American Indian and Alaska Native and the Native Hawaiian and Other Pacific Islander populations are not shown in this report because of their small sample size in the November 2004 CPS.

[12] The voting rates of Blacks and Asians were not statistically different.

## Region

Citizens residing in the Midwest were more likely to register and to vote than those in other regions (Table B). In 2004, 76 percent in the Midwest were registered to vote and 68 percent voted. People are able to register on election day in some of these states.[13] The voting rates in the Northeast and the West were each 64 percent, compared with 61 percent in the South.

In 2004, non-Hispanic Whites in the West had a higher voting rate (71 percent) than their counterparts in the other three regions (Figure 4). Sixty-six percent of Blacks in the Midwest voted, compared to 56 percent of Blacks in the Northeast. Voting rates for Hispanics and Asians were not statistically different across regions.

## States

Excluding North Dakota, which has no voter registration process, Minnesota had the highest level of voter registration in the country (85 percent). Maine, Minnesota, New Hampshire, and Wisconsin had registration rates that were above the national average of 72 percent. These states, plus Idaho and Wyoming, allow potential voters to register on the day of the election. Overall, 17 states had registration rates that were not statistically different from the national average. Hawaii had the lowest registration level in the country at 58 percent.

In 2004, the citizen voting rates for states ranged from 51 percent in Hawaii to 79 percent in Minnesota (Figure 5). Seventeen states had voting rates that were not statistically different from the national average of 64 percent. In

### CITIZENSHIP AND VOTER TURNOUT BY STATE

The distribution of citizens and noncitizens throughout the United States influences voting rates among states. For states with a higher proportion of noncitizens, voting rates based on the voting-age population are lower than comparable rates based on the voting-age citizen population. For states with low proportions of noncitizens, there is no true difference between the two rates.

At least 95 percent of the voting-age population in the majority of states were citizens. The leading exceptions were California (with 79 percent citizens) and Arizona, Nevada, New Jersey, Florida, Texas, and New York (each with about 87 percent citizens).

Oregon, where all ballots have been mailed-in since the 2000 presidential election, the voting rate was 74 percent, higher than in most other states.[14]

## PROFILE OF VOTERS

This section of the report profiles selected characteristics of voting-age citizens and those who actually voted. Table C lists the distribution of all citizens, voters, and nonvoters by a variety of characteristics.

### Race and Hispanic Origin

In 2004, the non-Hispanic White population constituted the majority of all potential voters (75 percent), followed by Blacks (12 percent), Hispanics (8 percent), and Asians (3 percent). Of those who actually voted, 79 percent were non-Hispanic White, 11 percent were Black, 6 percent were Hispanic, and 2 percent were Asian.

### Age

Young adults constituted 13 percent of the total voting-age citizen population in 2004 and 9 percent of the voting population. In com-

parison, adults aged 55 and older composed 31 percent of the voting-age citizen population and 35 percent of the population that voted in the presidential election.

### Marital Status

In 2004, 57 percent of potential voters were married, compared with 63 percent of voters. Never-married individuals constituted a lower proportion of voters (20 percent) than of the citizen population (24 percent).

### Educational Attainment

People with a bachelor's degree or more education made up 26 percent of potential voters and 32 percent of those who reported voting in the 2004 election. Individuals who did not graduate from high school were 13 percent of the population that could potentially vote in 2004, while 8 percent of actual voters.

### Income

Voting-age citizens who lived in families with incomes below $20,000 represented 11 percent of the total population and 8 percent of the voting population, while those who lived in families with incomes of $50,000 or more composed 47 percent of the total population and 54 percent of voters.

---

[13] Idaho, Maine, Minnesota, New Hampshire, Wisconsin, and Wyoming have election-day registration. North Dakota has no voter registration.

[14] Minnesota had a voting rate higher than that of Oregon, and Wisconsin, Maine, New Hampshire, North Dakota, and Iowa had voting rates that were not statistically different from that of Oregon.

U.S. Census Bureau

Figure 5.

**Voting by State: 2004**

(Citizens 18 and older)



| Early or "in-person absentee" voting | Election-day registra-tion | Senate race | Governor race | State | |
|---|---|---|---|---|---|
| X | X | | | Minnesota (MW) | |
| X | X | X | | Wisconsin (MW) | |
| | | X | | Oregon (W) | |
| X | X | | | Maine (NE) | |
| | X | X | X | New Hampshire (NE) | |
| X | | X | X | North Dakota (MW) | |
| X | | X | | Iowa (MW) | |
| | | | X | Montana (W) | |
| X | | | | Dist of Columbia (S) | |
| | | | | Massachusetts (NE) | |
| X | | X | X | Missouri (MW) | |
| X | | X | | South Dakota (MW) | |
| X | | X | X | Utah (W) | |
| X | | X | | Alaska (W) | |
| | | X | X | Washington (W) | |
| X | | X | | Colorado (W) | |
| X | | X | X | Vermont (NE) | |
| | | | | Michigan (MW) | |
| | X | | | Wyoming (W) | |
| | | | X | Delaware (S) | |
| | | X | | Ohio (MW) | |
| | | | | New Jersey (NE) | |
| X | | X | | Illinois (MW) | |
| | | X | | Maryland (S) | * |
| X | | X | | Nebraska (MW) | * |
| X | | | | Kentucky (S) | * |
| | | X | | Pennsylvania (NE) | * |
| X | | | | New Mexico (W) | * |
| X | | X | | Florida (S) | |
| X | | X | | Kansas (MW) | * |
| X | | X | | Louisiana (S) | * |
| X | | X | | Arizona (W) | * |
| **-** | **-** | **-** | **-** | **United States** | |
| | | | | Rhode Island (NE) | * |
| | | X | | Alabama (S) | |
| | | X | | Connecticut (NE) | * |
| X | | X | | South Carolina (S) | * |
| X | | | | Virginia (S) | * |
| X | | X | | Oklahoma (S) | * |
| X | | X | | California (W) | |
| | | | | Mississippi (S) | * |
| X | X | X | | Idaho (W) | * |
| X | | X | X | North Carolina (S) | |
| | | X | | New York (NE) | |
| X | | X | | Nevada (W) | |
| X | | X | | Arkansas (S) | |
| X | | X | X | Indiana (MW) | |
| X | | | X | West Virginia (S) | |
| X | | | | Texas (S) | |
| X | | X | | Georgia (S) | |
| X | | | | Tennessee (S) | |
| X | | X | | Hawaii (W) | |

* Not statistically different from the national average.

Note: Region Codes: NE - Northeast, MW - Midwest, S - South, W - West.

Source: U.S. Census Bureau, Current Population Survey, November 2004; National Conference of State Legislatures <www.ncsl.org>; Center for Politics <www.centerforpolitics.org>

Among voters, 19 percent lived in families with incomes of $100,000 or more. Sixteen percent of the citizen population was in this income bracket.

## METHODS OF REGISTRATION

In 2004, all respondents were asked how or where they registered to vote.[15] One-quarter of the registered population reported that they registered at a county or government registration office. Another 19 percent registered while obtaining a driver's license or identification card at a motor vehicle department, while 12 percent mailed a registration form to a local election office (Figure 6).

Fifteen percent of the younger population (those 18 to 24 years) registered at a school, hospital, or college campus.[16] The older population (those 65 and older) was more likely to register at a county or government registration office (35 percent) than use the other methods. Twenty-three percent of naturalized citizens registered by mail, compared with 12 percent of native citizens.

Of the four regions, the South had the highest percentage of people registering at a motor vehicle department (23 percent). The West had the highest percentage of people registering at a registration booth (14 percent). Thirteen percent of people in the Midwest registered at the polls on election day.

## METHODS OF VOTING

In the 2004 election, 80 percent of voters reported that they voted on election day, and 20 percent voted

Table C.
**Characteristics of Voters and Nonvoters: 2004**

| Characteristic | Percent distribution | | |
| --- | --- | --- | --- |
| | Total citizens | Voters | Nonvoters[1] |
| **Total, 18 years and older.........** | 100.0 | 100.0 | 100.0 |
| **Sex** | | | |
| Men | 47.8 | 46.5 | 50.1 |
| Women | 52.2 | 53.5 | 49.9 |
| **Race and Hispanic Origin** | | | |
| White alone | 82.7 | 84.8 | 79.1 |
| White alone, non-Hispanic | 75.2 | 79.2 | 68.2 |
| Black alone | 11.9 | 11.1 | 13.1 |
| Asian alone | 3.2 | 2.2 | 4.9 |
| Hispanic (any race) | 8.2 | 6.0 | 11.9 |
| **Nativity Status** | | | |
| Native | 93.3 | 94.4 | 91.5 |
| Naturalized | 6.7 | 5.6 | 8.5 |
| **Age** | | | |
| 18 to 24 years | 12.6 | 9.3 | 18.6 |
| 25 to 34 years | 16.7 | 14.5 | 20.4 |
| 35 to 44 years | 19.5 | 19.5 | 19.4 |
| 45 to 54 years | 19.8 | 21.3 | 17.1 |
| 55 years and older | 31.4 | 35.3 | 24.5 |
| **Marital Status** | | | |
| Married | 56.7 | 62.8 | 46.0 |
| Widowed | 6.7 | 6.5 | 7.1 |
| Divorced | 10.3 | 9.4 | 11.9 |
| Separated | 2.1 | 1.6 | 3.1 |
| Never married | 24.1 | 19.7 | 32.0 |
| **Educational Attainment** | | | |
| Less than high school graduate | 13.0 | 8.1 | 21.8 |
| High school graduate or GED | 32.3 | 28.5 | 39.0 |
| Some college or associate's degree | 28.7 | 31.0 | 24.7 |
| Bachelor's degree or more | 26.0 | 32.4 | 14.5 |
| **Annual Family Income** | | | |
| Total family members | 100.0 | 100.0 | 100.0 |
| Less than $20,000 | 10.6 | 7.8 | 16.1 |
| $20,000 to $49,999 | 27.3 | 26.0 | 29.9 |
| $50,000 to $99,999 | 31.0 | 34.9 | 23.4 |
| $100,000 and over | 15.6 | 19.2 | 8.6 |
| Income not reported | 15.5 | 12.1 | 22.1 |
| **Employment Status** | | | |
| In the civilian labor force | 67.4 | 68.9 | 64.9 |
| Employed | 64.1 | 66.2 | 60.5 |
| Unemployed | 3.3 | 2.7 | 4.5 |
| Not in the labor force | 32.6 | 31.1 | 35.1 |
| **Duration of Residence** | | | |
| Less than 1 year | 13.4 | 11.1 | 17.4 |
| 1 to 2 years | 12.9 | 12.8 | 13.0 |
| 3 to 4 years | 12.4 | 13.8 | 10.0 |
| 5 years or longer | 51.2 | 61.2 | 33.6 |
| Not reported | 10.1 | 1.2 | 25.9 |
| **Veteran Status** | | | |
| Veteran | 12.0 | 13.8 | 7.1 |
| Nonveteran | 88.0 | 86.2 | 92.9 |
| **Region** | | | |
| Northeast | 19.0 | 19.1 | 18.9 |
| Midwest | 23.6 | 25.0 | 21.0 |
| South | 36.2 | 34.6 | 39.1 |
| West | 21.2 | 21.2 | 21.1 |

[1]Nonvoters only includes respondents who answered "no" to the question "Did you vote in the election held on Tuesday, November 2, 2004?" Respondents who answered "don't know" and those who did not respond are not included.

Source: U.S. Census Bureau, Current Population Survey, November 2004.

---

[15] Only people registered since 1995 were asked this question in the 1996 and 2000 supplements. Therefore, the findings for 2004 are not directly comparable to these earlier years.

[16] Detailed tables on methods of registration are available at <www.census.gov /population/www/socdemo/voting.html>.



Figure 6.
**Method of Registration to Vote: 2004**
(Percent distribution of registered voters)

| | |
|---|---|
| County or government registration office | 24.4 |
| With driver's license (at a motor vehicle agency) | 19.1 |
| Don't know or did not answer | 16.6 |
| Mailed form to election office | 12.4 |
| Registration booth | 8.4 |
| At polls on election day | 6.4 |
| Other place or way | 6.2 |
| At school, hospital, college campus | 5.7 |
| At public assistance agency | 0.8 |

Source: U.S. Census Bureau, Current Population Survey, November 2004.

before election day, either in person or by mail (Table D). All states offer voters the option to vote prior to the election. Most absentee voting is conducted by mail-in ballots. Twenty-six states offer no-excuse absentee voting, while other states permit absentee voting only under a limited set of circumstances. Oregon requires all voters to cast their ballot through the mail. Voting rates by mail (either on or before election day) in other western states were 66 percent in Washington, 32 percent in Arizona, 31 percent in California, and 29 percent in Colorado.[17]

About half of the states allow some form of early voting at an election office or other satellite voting location. Several states also allow "in-person absentee" voting before the election.[18] Forty-five percent of voters in Texas cast ballots in person

prior to election day. Nevada, Tennessee (each about 38 percent), New Mexico (29 percent), Arkansas, and North Carolina (each about 24 percent) also had higher rates of in-person early voting than most other states in 2004.

## REASONS FOR NOT REGISTERING

Of the 32 million people who reported that they were not registered to vote in 2004, 15 million (47 percent) reported that they were not interested in the election or were not involved in politics (Table E).[19] Another 6 million, or 17 percent, reported that they did not meet the registration deadlines. Other reasons for not being registered included not being eligible to vote (7 percent), permanent illness or disability (6 percent), and not knowing where or how to register (5 percent). Four percent of the nonregistered population indicated their vote would not

make a difference and 4 percent reported they did not meet residency requirements.

About 50 percent of non-Hispanic Whites, people whose highest educational attainment was a high school diploma, and people aged 45 to 64 reported they did not register because they were not interested in the election or in politics. Twenty-four percent of 18- to 24-year olds and 28 percent of people with a bachelor's degree or higher reported they missed the registration deadlines. About 5 percent of women, 18- to 24-year olds, and people with less than a high school education reported they did not know where or how to register to vote. Eighteen percent of naturalized citizens, 13 percent of both Asians and Hispanics, and 8 percent of men reported they did not register because they were not eligible to vote.

Respondents were asked to choose why they were not registered from a list of nine reasons, one of which was Other. Write-in responses to Other were recoded back into the remaining eight categories or listed as "don't know" or "refused" wherever possible. Prior to recoding, 17 percent of the respondents were classified as Other. After recoding, 5 percent of the respondents remained in the Other category. The 5 percent of responses that remained in the Other category were classified as personal reasons (31 percent), religious reasons (28 percent), registration problems (17 percent), moved and did not re-register in the new location (15 percent), out of town or out of country (7 percent), and all other (3 percent).[20]

[17] The rates of voting by mail in Arizona, California, and Colorado are not statistically different.

[18] Information about state regulations for registration and voting can be found at the National Conference of State Legislatures Web site <www.ncsl.org> or from the individual state election offices.

[19] Only individuals who reported that they had not registered were asked the question about the reason for not registering. This population does not include those who responded "did not know" or "refused."

[20] The percentages of people in the Other category who reported personal reasons and those who reported religious reasons were not statistically different, nor were the percentages who reported they moved and did not re-register and those who reported registration problems.

Table D.
**Methods of Voting by State: 2004**

(Numbers in thousands)

| State | Total[1] | Voted on election day | | Voted before election day | |
|---|---|---|---|---|---|
| | | In person | By mail | In person | By mail |
| United States ......... | 125,336 | 79.3 | 0.7 | 7.8 | 12.2 |
| Alabama .................... | 2,060 | 96.7 | – | 0.4 | 2.9 |
| Alaska ..................... | 292 | 84.3 | 0.4 | 6.5 | 8.8 |
| Arizona .................... | 2,230 | 65.6 | 1.2 | 2.2 | 31.0 |
| Arkansas ................... | 1,136 | 70.9 | 0.4 | 24.9 | 3.8 |
| California ................. | 12,736 | 67.6 | 2.4 | 1.7 | 28.3 |
| Colorado ................... | 2,097 | 55.2 | 0.6 | 16.3 | 28.0 |
| Connecticut ................ | 1,518 | 92.8 | 0.3 | 0.9 | 6.0 |
| Delaware ................... | 385 | 97.2 | 0.2 | 0.3 | 2.3 |
| District of Columbia ....... | 268 | 85.5 | – | 3.5 | 11.1 |
| Florida .................... | 7,329 | 67.8 | 0.1 | 15.9 | 16.1 |
| Georgia .................... | 3,305 | 78.6 | 0.4 | 13.1 | 7.8 |
| Hawaii ..................... | 429 | 67.6 | 0.3 | 8.7 | 23.4 |
| Idaho ...................... | 583 | 88.1 | – | 5.3 | 6.6 |
| Illinois ................... | 5,650 | 95.4 | 0.1 | 1.4 | 3.1 |
| Indiana .................... | 2,588 | 91.3 | 0.2 | 1.8 | 6.7 |
| Iowa ....................... | 1,521 | 74.6 | 0.6 | 4.4 | 20.4 |
| Kansas ..................... | 1,186 | 81.9 | 0.2 | 8.4 | 9.5 |
| Kentucky ................... | 1,927 | 95.7 | – | 2.9 | 1.5 |
| Louisiana .................. | 2,060 | 95.8 | – | 2.5 | 1.7 |
| Maine ...................... | 734 | 82.7 | 0.3 | 6.7 | 10.4 |
| Maryland ................... | 2,409 | 94.1 | 0.1 | 0.4 | 5.4 |
| Massachusetts .............. | 3,072 | 95.2 | 0.2 | 0.8 | 3.8 |
| Michigan ................... | 4,809 | 81.2 | 0.4 | 0.7 | 17.7 |
| Minnesota .................. | 2,882 | 92.1 | – | 1.8 | 6.1 |
| Mississippi ................ | 1,263 | 96.1 | 0.2 | 0.9 | 2.9 |
| Missouri ................... | 2,815 | 94.7 | 0.1 | 1.7 | 3.5 |
| Montana .................... | 481 | 80.9 | 0.4 | 1.7 | 17.0 |
| Nebraska ................... | 792 | 86.2 | 0.3 | 1.7 | 11.8 |
| Nevada ..................... | 868 | 49.8 | 0.1 | 40.4 | 9.6 |
| New Hampshire .............. | 676 | 94.2 | 0.1 | 0.6 | 5.0 |
| New Jersey ................. | 3,693 | 94.9 | 0.1 | 0.1 | 4.9 |
| New Mexico ................. | 836 | 55.5 | 0.1 | 29.3 | 15.1 |
| New York ................... | 7,667 | 95.2 | 0.4 | 0.1 | 4.2 |
| North Carolina ............. | 3,632 | 71.5 | – | 23.8 | 4.8 |
| North Dakota ............... | 330 | 84.4 | 0.1 | 3.8 | 11.6 |
| Ohio ....................... | 5,474 | 91.1 | 0.2 | 0.8 | 7.9 |
| Oklahoma ................... | 1,539 | 89.1 | 0.4 | 5.8 | 4.7 |
| Oregon ..................... | 1,910 | 1.3 | 5.9 | 0.4 | 92.4 |
| Pennsylvania ............... | 5,845 | 96.3 | 0.1 | 0.1 | 3.5 |
| Rhode Island ............... | 466 | 96.4 | 0.2 | 0.5 | 2.9 |
| South Carolina ............. | 1,897 | 91.7 | 0.2 | 2.3 | 5.8 |
| South Dakota ............... | 377 | 80.5 | 0.1 | 12.1 | 7.3 |
| Tennessee .................. | 2,298 | 59.5 | – | 38.1 | 2.4 |
| Texas ...................... | 7,912 | 50.0 | 0.3 | 45.2 | 4.5 |
| Utah ....................... | 1,023 | 93.2 | 0.1 | 2.7 | 4.1 |
| Vermont .................... | 315 | 83.8 | 0.4 | 3.0 | 12.7 |
| Virginia ................... | 3,134 | 95.0 | 0.3 | 1.0 | 3.7 |
| Washington ................. | 2,837 | 33.4 | 5.8 | 0.5 | 60.4 |
| West Virginia .............. | 798 | 84.6 | – | 13.6 | 1.8 |
| Wisconsin .................. | 3,008 | 89.1 | 0.1 | 4.7 | 6.1 |
| Wyoming .................... | 247 | 83.3 | 0.1 | 5.5 | 11.0 |

– Represents zero or rounds to zero.

[1]Does not include "don't know" or "refused" to the questions about when and how the respondent voted.

Source: U.S. Census Bureau, Current Population Survey, November 2004.

12

U.S. Census Bureau

Table E.
## Reasons for Not Registering by Selected Characteristics: 2004

(Numbers in thousands)

| Characteristic | Total¹ | Percent distribution of reasons for not registering | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Not interested in the election or not involved in politics | Did not meet registration deadlines | Not eligible to vote | Don't know or refused | Permanent illness or disability | Other | Did not know where or how to register | Did not meet residency requirements | My vote would not make a difference | Difficulty with English |
| Total, 18 years and older ......... | 32,432 | 46.6 | 17.4 | 6.7 | 6.2 | 5.6 | 4.7 | 4.5 | 3.7 | 3.7 | 1.0 |
| **Sex** | | | | | | | | | | | |
| Male ............. | 16,607 | 46.7 | 17.1 | 8.1 | 6.6 | 4.7 | 4.4 | 3.8 | 3.7 | 3.9 | 1.0 |
| Female............. | 15,825 | 46.5 | 17.7 | 5.3 | 8.6 | 6.5 | 4.9 | 5.2 | 3.7 | 3.4 | 1.0 |
| **Race and Hispanic Origin** | | | | | | | | | | | |
| White alone ............. | 26,185 | 48.2 | 17.5 | 6.0 | 5.6 | 5.5 | 4.8 | 4.2 | 3.7 | 3.8 | 0.8 |
| White alone, non-Hispanic. | 22,267 | 50.1 | 17.7 | 4.5 | 5.5 | 5.8 | 5.1 | 3.8 | 3.2 | 3.9 | 0.5 |
| Black alone ............. | 3,376 | 38.3 | 18.3 | 9.6 | 9.0 | 7.1 | 4.6 | 5.3 | 3.3 | 4.4 | 0.1 |
| Asian alone .......... | 1,756 | 37.7 | 14.4 | 13.1 | 7.9 | 4.3 | 3.6 | 6.2 | 5.0 | 1.5 | 6.2 |
| Hispanic (any race) ......... | 4,280 | 37.8 | 16.7 | 13.8 | 6.8 | 3.5 | 3.1 | 6.6 | 6.3 | 2.8 | 2.6 |
| **Nativity Status** | | | | | | | | | | | |
| Native............. | 29,217 | 48.3 | 17.7 | 5.5 | 6.1 | 5.7 | 4.8 | 4.3 | 3.2 | 3.9 | 0.4 |
| Naturalized ........... | 3,215 | 31.0 | 14.7 | 17.6 | 6.9 | 4.1 | 3.5 | 5.9 | 8.2 | 1.3 | 6.8 |
| **Age** | | | | | | | | | | | |
| 18 to 24 years ........... | 6,888 | 44.0 | 24.0 | 5.8 | 8.2 | 1.8 | 3.1 | 6.2 | 3.9 | 2.6 | 0.3 |
| 25 to 44 years ............ | 13,284 | 45.7 | 19.0 | 8.5 | 5.5 | 2.8 | 5.0 | 4.8 | 4.4 | 3.5 | 0.7 |
| 45 to 64 years ............ | 8,508 | 50.4 | 13.4 | 6.6 | 6.7 | 5.9 | 4.6 | 3.2 | 3.0 | 4.6 | 1.5 |
| 65 years and older ........ | 3,751 | 45.6 | 9.1 | 2.3 | 3.8 | 21.6 | 6.3 | 3.1 | 2.2 | 3.8 | 2.3 |
| **Marital Status** | | | | | | | | | | | |
| Married............. | 14,463 | 48.3 | 17.3 | 6.8 | 6.1 | 3.0 | 5.7 | 4.0 | 3.7 | 3.7 | 1.5 |
| Not married ........... | 17,968 | 45.1 | 17.6 | 6.6 | 6.3 | 7.6 | 3.9 | 4.9 | 3.7 | 3.7 | 0.6 |
| **Educational Attainment** | | | | | | | | | | | |
| Less than high school graduate .......... | 8,649 | 45.8 | 11.5 | 8.8 | 6.0 | 9.3 | 3.8 | 5.6 | 3.6 | 3.3 | 2.2 |
| High school graduate or GED ............. | 13,303 | 50.8 | 15.1 | 5.9 | 6.6 | 5.2 | 4.5 | 4.4 | 2.7 | 4.2 | 0.6 |
| Some college or associate's degree ......... | 7,173 | 44.4 | 24.3 | 5.0 | 5.7 | 3.3 | 5.5 | 3.5 | 4.6 | 3.4 | 0.2 |
| Bachelor's degree or more ... | 3,307 | 36.1 | 27.5 | 8.0 | 6.3 | 2.2 | 5.7 | 4.2 | 5.7 | 2.9 | 1.3 |
| **Duration of Residence** | | | | | | | | | | | |
| Less than 1 year ......... | 7,907 | 39.6 | 22.8 | 7.4 | 4.9 | 2.6 | 4.3 | 6.1 | 8.7 | 3.1 | 0.5 |
| 1 to 2 years ............. | 5,994 | 44.8 | 18.5 | 8.3 | 5.1 | 4.2 | 5.3 | 5.4 | 3.7 | 3.5 | 1.1 |
| 3 years or longer ........ | 17,998 | 50.4 | 15.1 | 5.9 | 6.4 | 7.3 | 4.7 | 3.5 | 1.5 | 4.1 | 1.2 |
| Not reported ........... | 532 | 40.7 | 5.0 | 4.9 | 30.9 | 7.0 | 2.6 | 4.0 | 2.6 | 0.6 | 1.6 |
| **Region** | | | | | | | | | | | |
| Northeast............. | 5,892 | 47.4 | 17.5 | 6.0 | 7.3 | 4.8 | 4.6 | 3.9 | 3.3 | 3.7 | 1.4 |
| Midwest............. | 6,622 | 51.6 | 13.9 | 3.9 | 6.0 | 5.5 | 6.0 | 5.0 | 3.6 | 3.8 | 0.7 |
| South ............. | 12,612 | 45.2 | 19.0 | 7.9 | 6.1 | 6.3 | 3.5 | 4.0 | 3.8 | 3.7 | 0.6 |
| West............. | 7,306 | 43.7 | 17.8 | 7.8 | 5.8 | 5.0 | 5.6 | 5.3 | 3.9 | 3.5 | 1.7 |
| **Responses prior to recoding of Other** ........ | 32,432 | 38.8 | 16.2 | 5.7 | 5.0 | 5.0 | 16.5 | 4.3 | 3.7 | 3.6 | 1.0 |

¹Includes only those respondents who answered "no" to the question "Were you registered in the election of November 2004?"

Source: U.S Census Bureau, Current Population Survey, November 2004.

## REASONS FOR NOT VOTING

Of the 142 million people who reported that they were registered to vote, 16 million (12 percent) did not vote in the 2004 presidential election (Table F). Of these registered nonvoters, 20 percent reported that they did not vote because they were too busy or had conflicting work or school schedules. Another 15 percent reported that they did not vote because they were ill, disabled, or had a family emergency; 11 percent did not vote because they were not interested or felt their vote would not make a difference; and 10 percent did not like the candidates or the issues.[21] Some other specified reasons for not voting included out of town (9 percent), confusion or uncertainty about registration (7 percent), forgetting to vote (3 percent), and transportation problems (2 percent).[22]

Thirty-two percent of Asians, 28 percent of people aged 25 to 44 years, and 23 percent of men reported that they did not vote because they were too busy or had conflicting work or school schedules.[23] Those more likely to report not voting because they were ill or disabled or had a family emergency included 46 percent of people 65 years and older, 26 percent of people with less than a high school diploma, and 20 percent of women. About 12 percent of people with less than a high school diploma reported they were not interested in the election or in politics, compared with 6 percent of people with a bachelor's degree or more education.

## MEASURING VOTING IN THE CURRENT POPULATION SURVEY

The CPS is a nationally representative sample survey that collects information on voting 2 weeks after an election in November. The CPS estimates the number of people who registered to vote and voted from direct interviews with household respondents. The CPS estimates are an important analytic tool in election studies because they identify the demographic and socioeconomic characteristics of people who report that they do, or do not, vote.

The official counts are tabulated by each state's board of elections and reported by the Clerk of the U.S. House of Representatives. These tallies show the number of votes counted for specific offices. In a presidential election, the official count of comparison is the national total number of votes cast for the office of president.

Discrepancies occur each election between the CPS estimates and the official counts. In the November 2004 CPS, an estimated 126 million of the 216 million people of voting age in the civilian noninstitutionalized population reported that they voted in the November 2004 election. Official counts showed 122 million votes cast for president, a difference of 4 million votes (3 percent) between the two sources.[24] In previous years, the disparity in the estimates in presidential elections has varied between 4 percent and 12 percent of the total number of people reported as having voted in the official tallies.

Differences between the official counts and the CPS may be a combination of an understatement of the official numbers and an overstatement in the CPS estimates as described below.

### Understatement of Total Votes Cast

The official counts may not include all the votes cast because ballots were invalidated in the counting (and thus thrown out) or because the ballots were mismarked, unreadable, or blank. In addition, when the total number of votes cast for president is used as the official count, some voters will not be included if they did not vote for this office.

### Reports of Voting in the CPS

Some of the error in estimating turnout in the CPS is the result of population controls and survey coverage. Respondent misreporting is also a source of error in the CPS estimates. Previous analyses based on reinterviews showed that respondents and proxy respondents are consistent in their reported answers and thus misunderstanding the questions does not fully account for the difference between the official counts and the CPS. However, other studies that matched survey responses with voting records indicate that part of the discrepancy between survey estimates and official counts is the result of respondent misreporting.[25]

As stated above, another source of disparity can be found in the

---

[21] The percentage of people who reported they did not vote because they were not interested in the election was not statistically different from the percentage who reported they did not like the candidates.

[22] The percentage of people who reported they did not vote because they did not like the candidates was not statistically different from the percentage who reported they were out of town.

[23] The percentage of Asians who reported they were too busy to vote was not statistically different from the percentage of 25- to 44-year olds or the percentage of Hispanics who reported they were too busy to vote.

[24] The official count of votes cast can be found on the Web page of the Clerk of the House of Representatives at <http://clerk.house.gov/index.php>.

[25] For more detailed explanations of the differences between official counts and survey counts, see U.S. Bureau of the Census, *Studies in the Measurement of Voter Turnout*, Current Population Reports, Series P-23, No. 168, U.S. Government Printing Office, Washington, DC, 1990.

---

U.S. Census Bureau

Table F.
## Reasons for Not Voting by Selected Characteristics: 2004

(Numbers in thousands)

| Characteristic | Total | Percent distribution of reasons for not voting | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Too busy, conflicting schedule | Illness or disability | Other reason | Not interested | Did not like candidates or issues | Out of town | Don't know or refused | Registration problems | Forgot to vote | Inconvenient polling place | Transportation problems | Bad weather conditions |
| Total, 18 years and older ........ | 16,334 | 19.9 | 15.4 | 10.9 | 10.7 | 9.9 | 9.0 | 8.5 | 6.8 | 3.4 | 3.0 | 2.1 | 0.5 |
| **Sex** | | | | | | | | | | | | | |
| Male .  .  .  .  .  .  . | 7,951 | 22.5 | 10.7 | 10.8 | 10.6 | 10.1 | 11.0 | 10.0 | 6.6 | 3.4 | 3.1 | 0.9 | 0.3 |
| Female .  .  .  .  . | 8,383 | 17.4 | 19.8 | 10.9 | 10.7 | 9.7 | 7.1 | 7.2 | 7.0 | 3.5 | 2.9 | 3.3 | 0.6 |
| **Race and Hispanic Origin** | | | | | | | | | | | | | |
| White alone .  .  . | 13,341 | 19.4 | 15.6 | 10.9 | 10.8 | 10.6 | 9.4 | 7.9 | 6.8 | 3.4 | 3.0 | 1.9 | 0.4 |
| White alone, non-Hispanic  .  . | 11,752 | 18.9 | 16.2 | 10.8 | 10.8 | 11.1 | 9.9 | 7.6 | 6.2 | 3.0 | 3.2 | 1.9 | 0.5 |
| Black alone .  .  .  .  . | 2,019 | 20.7 | 16.5 | 10.8 | 10.0 | 6.4 | 5.5 | 13.0 | 7.2 | 3.9 | 2.6 | 4.2 | 0.3 |
| Asian alone .  .  .  .  .  . | 479 | 31.5 | 6.1 | 13.7 | 7.9 | 4.4 | 11.6 | 9.0 | 6.1 | 1.4 | 5.5 | 1.3 | 1.5 |
| Hispanic (any race) .  .  .  . | 1,721 | 23.5 | 10.7 | 11.6 | 10.5 | 7.3 | 6.3 | 9.8 | 10.9 | 6.1 | 1.5 | 1.6 | 0.2 |
| **Nativity Status** | | | | | | | | | | | | | |
| Native.....  .  . | 15,346 | 19.5 | 15.4 | 10.8 | 10.9 | 10.2 | 8.8 | 8.5 | 6.8 | 3.4 | 2.9 | 2.2 | 0.4 |
| Naturalized .  .  .  .  .  .  . | 988 | 26.2 | 14.1 | 11.1 | 6.9 | 4.8 | 10.9 | 10.0 | 6.9 | 3.1 | 3.3 | 1.6 | 1.0 |
| **Age** | | | | | | | | | | | | | |
| 18 to 24 years .  .  .  .  . | 2,695 | 23.2 | 2.8 | 10.8 | 10.0 | 6.4 | 12.8 | 15.2 | 8.2 | 6.1 | 2.5 | 1.9 | 0.1 |
| 25 to 44 years .  .  .  .  .  . | 6,525 | 27.6 | 7.4 | 11.8 | 10.3 | 10.0 | 8.1 | 7.6 | 8.6 | 3.4 | 3.3 | 1.5 | 0.3 |
| 45 to 64 years .  .  .  .  .  . | 4,333 | 17.2 | 15.6 | 10.6 | 11.0 | 12.9 | 10.7 | 8.6 | 5.5 | 3.0 | 3.0 | 1.5 | 0.4 |
| 65 years and older .  .  .  . | 2,781 | 2.9 | 45.8 | 9.0 | 11.6 | 8.4 | 4.5 | 4.2 | 3.7 | 1.7 | 2.5 | 4.6 | 1.2 |
| **Marital Status** | | | | | | | | | | | | | |
| Married .  .  .  .  .  .  . | 7,652 | 21.0 | 15.5 | 11.6 | 10.3 | 9.8 | 9.0 | 7.0 | 6.9 | 3.4 | 3.1 | 1.0 | 0.3 |
| Not married .  .  .  .  . | 8,681 | 18.1 | 15.2 | 10.2 | 11.0 | 10.0 | 8.9 | 9.9 | 6.8 | 3.4 | 2.8 | 3.1 | 0.6 |
| **Educational Attainment** | | | | | | | | | | | | | |
| Less than high school graduate .  .  . | 3,437 | 14.4 | 25.7 | 10.3 | 12.2 | 8.7 | 5.5 | 7.1 | 4.5 | 4.1 | 2.4 | 4.1 | 0.9 |
| High school graduate or GED .  .  . | 6,286 | 20.2 | 15.1 | 11.2 | 12.5 | 11.3 | 7.0 | 8.7 | 6.2 | 2.5 | 3.1 | 2.0 | 0.2 |
| Some college or associate's degree .  .  .  .  . | 4,512 | 22.5 | 9.8 | 11.1 | 8.9 | 9.5 | 11.1 | 9.8 | 7.8 | 4.3 | 3.2 | 1.7 | 0.3 |
| Bachelor's degree or more .  . | 2,099 | 22.3 | 11.2 | 10.3 | 6.3 | 8.5 | 16.0 | 7.8 | 10.5 | 3.1 | 2.8 | 0.4 | 0.9 |
| **Duration of Residence** | | | | | | | | | | | | | |
| Less than 1 year .  .  .  .  . | 3,388 | 24.1 | 6.9 | 11.9 | 8.4 | 8.5 | 10.2 | 5.6 | 15.0 | 5.3 | 1.9 | 2.1 | 0.2 |
| 1 to 2 years .  .  .  .  . | 2,480 | 24.3 | 10.5 | 10.2 | 11.5 | 9.6 | 7.4 | 7.7 | 8.0 | 3.5 | 4.1 | 3.0 | 0.2 |
| 3 years or longer .  .  .  .  . | 10,304 | 17.5 | 19.3 | 10.7 | 11.1 | 10.5 | 9.0 | 9.4 | 4.0 | 2.6 | 3.1 | 2.0 | 0.6 |
| Not reported .  .  .  .  .  . | 162 | 17.1 | 14.5 | 10.5 | 15.4 | 6.6 | 0.9 | 32 | 2.3 | 0.4 | – | 0.1 | – |
| **Region** | | | | | | | | | | | | | |
| Northeast .  .  .  .  .  . | 2,745 | 19.5 | 17.5 | 10.3 | 10.9 | 13.4 | 8.7 | 8.1 | 4.8 | 2.5 | 2.8 | 1.5 | 0.1 |
| Midwest .  .  .  .  .  . | 3,747 | 17.7 | 15.1 | 10.3 | 12.2 | 12.3 | 9.5 | 10.1 | 6.2 | 2.2 | 2.3 | 1.8 | 0.2 |
| South .  .  .  .  .  .  . | 7,044 | 20.1 | 15.5 | 10.7 | 10.7 | 8.4 | 8.8 | 8.1 | 7.0 | 4.2 | 3.2 | 2.6 | 0.7 |
| West .  .  .  .  .  . | 2,797 | 22.7 | 13.3 | 12.5 | 8.3 | 7.1 | 8.8 | 8.1 | 9.4 | 4.0 | 3.3 | 2.0 | 0.5 |

– Represents zero or rounds to zero.

Source: U.S Census Bureau, Current Population Survey, November 2004

definition of the official count. The respondents in the CPS are not asked which office(s) they voted for, only whether or not they voted in the November election. A respondent who voted only for state or local offices would be counted in the CPS estimate but not in the official count because he or she did not vote for president.

**Voting Not Captured in the CPS**

Although the official counts were generally lower than those shown in the CPS, they tallied votes from a broader population universe. The CPS covers only the civilian noninstitutionalized population residing in the United States, while the official counts list all votes cast by this universe plus citizens residing in the military or living in institutions and citizens residing outside the United States, both civilian and military, who cast absentee ballots.

**SOURCE OF THE DATA**

The population represented (the population universe) in the Voting and Registration Supplement to the November 2004 CPS is the civilian noninstitutionalized population living in the United States. The institutionalized population, which is excluded from the population universe, is composed primarily of the population in correctional institutions and nursing homes (91 percent of the 4.1 million institutionalized people in Census 2000).

Most estimates in this report come from data obtained in November 2004 from the CPS. Some estimates are based on data obtained from the CPS in earlier years. The Census Bureau conducts this survey every month, although this report uses only November data for its estimates.

The estimates in this report are derived from the affirmative responses to the November supplement questions on voting and registration participation. Respondents were first asked if they voted in the election held on Tuesday, November 2, 2004. Those respondents who answered "no," "do not know," or who did not respond to this question were then asked if they were registered to vote in this election. Nonresponses and responses of "no" or "do not know" to either question were included in the respective categories of "not registered" or "did not vote."

**ACCURACY OF THE ESTIMATES**

Statistics from sample surveys are subject to sampling error and nonsampling error. All comparisons presented in this report have taken sampling error into account and are significant at the 90-percent confidence level. This means the 90-percent confidence interval for the difference between estimates being compared does not include zero. Nonsampling error in surveys may be attributed to a variety of sources, such as how the survey was designed, how respondents interpret questions, how able and willing respondents are to provide correct answers, and how accurately answers are coded and classified. To minimize these errors, the Census Bureau employs quality control procedures in sample selection, the wording of questions, interviewing, coding, data processing, and data analysis.

The CPS weighting procedure uses ratio estimation whereby sample estimates are adjusted to

independent estimates of the national population by age, race, sex, and Hispanic origin. This weighting partially corrects for bias due to undercoverage, but biases may still be present when people who are missed by the survey differ from those interviewed in ways other than age, race, sex, and Hispanic origin. How this weighting procedure affects other variables in the survey is not precisely known. All of these considerations affect comparisons across different surveys or data sources.

Further information on the source of the data and accuracy of the estimates, including standard errors and confidence intervals, can be found at <www.census.gov /population/socdemo/voting /cps2004/sa2004.pdf> or by contacting Rebecca Olson of the Demographic Statistical Methods Division via e-mail at <dsmd.source.and.accuracy @census.gov>.

**MORE INFORMATION**

Detailed tabulations are available that provide demographic characteristics of the population on voting and registration. The electronic version of these tables is available on the Internet at the Census Bureau's Web site <www.census.gov>. Once on the site, in the "Subjects A-Z" area, click on "V," and then on "Voting and Registration Data."

**CONTACT**

For additional information on these topics, contact the Education and Social Stratification Branch, 301-763-2464 or via Internet e-mail <pop@census.gov>.

Appendix Table.
## Reported Rates of Voting and Registration by Race: 2004

(Numbers in thousands)

| Characteristic | Alone | In combination | Alone or in combination |
|---|---|---|---|
| **White** | | | |
| Total citizens................. | 162,959 | 2,284 | 165,243 |
| Reported registered ............ | 119,929 | 1,598 | 121,527 |
| Reported voted ............... | 106,588 | 1,342 | 107,930 |
| Percent reported registered ...... | 73.6 | 70.0 | 73.5 |
| Percent reported voted........... | 65.4 | 58.8 | 65.3 |
| **Black** | | | |
| Total citizens ............... | 23,346 | 562 | 23,908 |
| Reported registered ............ | 16,035 | 373 | 16,408 |
| Reported voted ............... | 14,016 | 308 | 14,324 |
| Percent reported registered ...... | 68.7 | 66.4 | 68.6 |
| Percent reported voted........... | 60.0 | 54.8 | 59.9 |
| **Asian** | | | |
| Total citizens ............... | 6,270 | 416 | 6,686 |
| Reported registered ............ | 3,247 | 261 | 3,508 |
| Reported voted ............... | 2,768 | 212 | 2,980 |
| Percent reported registered....... | 51.8 | 62.7 | 52.5 |
| Percent reported voted........... | 44.1 | 51.0 | 44.6 |

Note: This table shows data on reported rates of voting and registration for people who reported they were White, Black, or Asian, including people who reported that race alone, people who reported that race in combination with another race, and people who reported that race regardless of whether they also reported another race. For further information, see the Census 2000 brief *Overview of Race and Hispanic Origin: 2000* (C2KBR/01-1) <www.census.gov/population/www/cen2000/briefs.html>

Source: U.S. Census Bureau, Current Population Survey, November 2004

## USER COMMENTS

The Census Bureau welcomes the comments and advice of data and report users. If you have any suggestions or comments, please write to:

Chief, Population Division
U.S. Census Bureau
Washington, DC 20233-8800

or send e-mail to:
pop@census.gov

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
Washington, DC  20233
**OFFICIAL BUSINESS**

Penalty for Private Use $300

FIRST-CLASS MAIL
POSTAGE & FEES PAID
U.S. Census Bureau
Permit No. G-58