FILED by *DJ* D.C.
ELECTRONIC

Jul 23 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-21265-CIV-SEITZ-MCALILEY

LEAGUE OF WOMEN VOTERS OF FLORIDA;
PEOPLE ACTING FOR COMMUNITY TOGETHER
(PACT); FLORIDA ALF-CIO; AMERICAN
FEDERATION OF STATE, COUNTY AND LOCAL
EMPLOYEES, COUNCIL 79 (AFSCME); SEIU
FLORIDA HEALTHCARE UNION, as organizations
and as representatives of their members; MARILYN
WILLS; and JOHN and JANE DOES 1–100,

     Plaintiffs,

v.

SUE M. COBB, individually and in her official capacity as
Secretary of State for the State of Florida; and DAWN
ROBERTS, individually and in her official capacity as
Director of the Division of Elections within the Department
of State for the State of Florida,

     Defendants.

## DECLARATION OF MARI-JO LEWIS-WILKINSON

1. My name is Mari-Jo Lewis-Wilkinson. I am over the age of twenty one, and I am legally competent to provide this declaration.

2. I am a paralegal in the firm of Gray Robinson PA. Late Saturday, July 22, 2006, in preparation for Tuesday's hearing, I reviewed the docket in this case by using PACER. I noticed for the first time a docket entry for the "Notice of Filing Plaintiffs' Declaration" (the "Notice"). The docket entry indicates that the

# 34604 v1

Notice was filed on July 20, but it does not indicate when the Notice first appeared on the PACER system.

3. Upon learning of the filing, I contacted Peter Antonacci and Allen Winsor of my firm. They both indicated that they had not received the Notice or any additional affidavits by email on July 20th or since. I have since personally reviewed both of their email boxes and found no email from Plaintiffs' counsel or anyone else relating to the Notice or any additional affidavits.

4. The firm does not have access to its post office box after 5:00 p.m., but on Sunday, July 23, 2006, at approximately 11:45 a.m., I obtained the mail copy of the material indicated in the Notice appearing on PACER.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of July, 2006.

*Mari-Jo Lewis-Wilkinson*
Mari-Jo Lewis-Wilkinson