UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21265-CIV-SEITZ/MCALILEY



LEAGUE OF WOMEN VOTERS OF
FLORIDA, et al.,

       Plaintiffs,

v.

SUE M. COBB, et al.,

       Defendants.
_____/

## NOTICE REGARDING PRELIMINARY INJUNCTION HEARING

THIS MATTER is before the Court *sua sponte*. Upon review, it is hereby

ORDERED that the parties shall be prepared to address the following at the Preliminary Injunction Hearing:

(1)     If the challenged law were amended to include political parties, what would be their position as to the law's requirements?

DONE AND ORDERED in Miami, Florida, this 24th day of July, 2006.

                                               PATRICIA A. SEITZ
                                               UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record