# CIVIL MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE



CASE NO. 06-21265     DATE July 25, 2006

CLERK Kristen Foslid     REPORTER David Ehrlich

TITLE OF CASE League of Women Voters et al. v. Secretary of the State of Florida

P. ATTORNEY Craig Siegel, Erin Walter & Jeffrey Trachtman, Elizabeth Westfall, Wendy Weiser

D. ATTORNEY Peter Antonacci & Allen Winsor

REASON FOR HEARING Motion for Preliminary Injunction

RESULT OF HEARING
① Motion to Strike Denied. However, Defendant will have an opportunity to Rebut the Green affidavit, and Plaintiffs will have chance to respond.
② Motion to Strike 9/22/04 memo from Dawn Roberts to Supervisors of Elections Denied. In the future, all counsel must provide advanced notice to opposing counsel of evidence. Failure to comply will result in the Court striking the evidence.

CASE CONTINUED TO ③ Motion to Strike 12/19/05 letter from Patricia

MISC. Hollarn to Mr. Mellor Denied. Court will also admit letter from Dr. Snipes

④ The Court heard testimony from the following individuals: (a) Alma Gonzales (b) Donald Green (c) Ion Sancho and (d) Cynthia Hall

⑤ Hearing Continued until 10:30 a.m. July 26, 2006. Court has also reserved time for Thursday, August 3, 2006, from 1:30 p.m. - 5:00 p.m.

43
bb