# CIVIL MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE PATRICIA A. SEITZ, JUDGE


FILED by _M_ D.C.
AUG 1 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 06-21265   DATE July 26, 2006

CLERK Kristen Foslid   REPORTER David Ehrlich

TITLE OF CASE League of Women Voters et al. v. Sue Cobb et al.

P. ATTORNEY Craig Siegel, Erin Walter, Jeffrey Trachtman, Wendy Weiser, and Elizabeth Westfall

D. ATTORNEY Peter Antonacci & Allen Winsor

REASON FOR HEARING Preliminary Injunction Hearing Day #2

RESULT OF HEARING
Court heard testimony of
(1) Aaron Dorfman      (5) Donna Miller
(2) Dianne Gilotti
(3) Dale Ewart
(4) Ms. Wills

CASE CONTINUED TO ___

MISC. ___