# CIVIL MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE PATRICIA A. SEITZ, JUDGE



FILED by _____ D.C.

AU_ _ 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | | | |
|---|---|---|---|
| CASE NO. | Case No. 06-21265 | DATE | 8/3/05 |
| CLERK | Kristen Foslid | REPORTER | David Ehrlich |

TITLE OF CASE    League of Women Voters of Fla. et al. v. Sue Cobb et al.

P. ATTORNEY    C. Siegel, E. Walter, W. Weisor, R. Paradis

D. ATTORNEY    P. Antonacci & A. Winsor

REASON FOR HEARING    Continuation of Hearing on Motion for Preliminary Injunction/Oral Argument on Motion for Preliminary Injunction

RESULT OF HEARING

1. Ivy Korman Affidavit withdrawn by Defendant

2. Findings of Fact due Monday, August 7, 2006, 5:00 p.m. Parties shall cite to Draft Transcript.

3. Parties shall submit Exhibit List by Monday, August 7, 2006, 5:00 p.m.

4. Court heard oral argument from parties