UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

LEAGUE OF WOMEN VOTERS                    Case No. 06-21265-CV-PAS
OF FLORIDA

            v.                            MIAMI, FLORIDA
                                          July 25, 2006
                                          VOLUME I

                                          PAGE 1 TO 228
SECRETARY OF THE STATE OF
FLORIDA, SUE M. COBB, ET AL.

FILED by_____ D.C.
APPEAL

AUG 1 1 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

                   PRELIMINARY INJUNCTION HEARING
                BEFORE THE HON. PATRICIA A. SEITZ, J.
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:

                        CRAIG L. SIEGEL, ESQ.
                        ERIN ANNE WALTER, ESQ.
                        JEFFREY S. TRACHTMAN, ESQ.
                        Kramer Levin Naftalis & Frankel LLP
                        1177 Avenue of the Americas
                        New York, NY  10036

                        WENDY WEISER, ESQ.
                        Deputy Director, Democracy Program
                        BRENNAN CENTER FOR JUSTICE
                        161 Avenue of the Americas - 12th Floor
                        New York, NY  10013

ALSO PRESENT:           ELIZABETH WESTFALL
                        The Advancement Project

REPORTED BY:            DAVID S. EHRLICH, RPR
                        Official Court Reporter
                        301 N. Miami, Room 504
                        Miami, Florida 33128-7788
                        (305) 523-5537

Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription(CAT).



DAVID S. EHRLICH - OFFICIAL COURT REPORTER

APPEARANCES:   (Continued)

FOR THE DEFENDANT:
SECRETARY OF THE STATE OF FLORIDA:

                         PETER ANTONACCI, ESQ.
                         ALLEN C. WINSOR, ESQ.
                         Gray Robinson
                         301 South Bronough Street - Suite 600
                         Tallahassee, FL  32302-3189