

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-21265-CIV-SEITZ-MCALILEY**

LEAGUE OF WOMEN VOTERS OF FLORIDA;
PEOPLE ACTING FOR COMMUNITY TOGETHER
(PACT); FLORIDA ALF–CIO; AMERICAN
FEDERATION OF STATE, COUNTY AND LOCAL
EMPLOYEES, COUNCIL 79 (AFSCME); SEIU
FLORIDA HEALTHCARE UNION, as organizations
and as representatives of their members; MARILYN
WILLS; and JOHN and JANE DOES 1–100,

        Plaintiffs,

v.

SUE M. COBB, individually and in her official capacity as
Secretary of State for the State of Florida; and DAWN
ROBERTS, individually and in her official capacity as
Director of the Division of Elections within the Department
of State for the State of Florida,

        Defendants.

NIGHT BOX
FILED

AUG 2 8 2006

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Sue M. Cobb, in her official capacity as Secretary of State for the State of Florida, and Dawn Roberts, in her official capacity as Director of the Division of Elections within the Department of State for the State of Florida, hereby appeal to the United States Court of Appeals for the Eleventh Circuit, from an Order Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction and Granting in Part and Denying in Part Defendants' Motion to Dismiss, entered in this action on August 28, 2006.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served by _email & US Mail_ this _29th_ day of _August_, 2006, to the following:

Gary C. Rosen
Becker & Poliakoff, P.A.
3111 Stirling Road
Fort Lauderdale, FL 33312
  Phone: (954) 985-4133

Elizabeth S. Westfall
Jennifer Maranzano
Estelle H. Rogers
Advancement Project
1730 M. Street, NW, Suite 910
Washington, DC 20036
  Phone: (202) 728-9557
  Fax: (202) 728-9558
email: ewestfall@advancementproject.org

Wendy R. Weiser and Renee Paradis
Brennan Center for Justice at
NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY 10013
  Phone: (212) 998-6730

Eric A. Tirschwell
Craig L. Siegel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
  Phone: (212) 715-9100

_____
PETER ANTONACCI
Florida Bar No. 280690
ALLEN C. WINSOR
Florida Bar No. 016295
GEORGE N. MEROS, JR.
Florida Bar No. 263321
GRAYROBINSON, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-3189
  Phone: (850) 577-9090
  Fax: (850) 577-3311
  email: pva@gray-robinson.com
         awinsor@gray-robinson.com
         gmeros@gray-robinson.com

*Attorneys for Secretary of State and Dawn Roberts*

# 35322 v1

2