UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21265-CIV-SEITZ/MCALILEY

LEAGUE OF WOMEN VOTERS OF
FLORIDA, et al.,

  Plaintiffs,
v.

SUE M. COBB, et al.,

  Defendants.
_____/

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL

THIS CAUSE is before the Court on the parties' Joint Motion to Stay Proceedings Pending Appeal, filed on October 8, 2006. This matter is currently on appeal to the Eleventh Circuit from this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction and Granting in Part and Denying in Part Defendants' Motion to Dismiss [DE 57]. The parties now seek a stay of all proceedings in this Court until the Court of Appeals has ruled on the matter.

Upon review, it is hereby

ORDERED that

(1) The parties Joint Motion to Stay Proceedings Pending Appeal is GRANTED.

(2) All proceedings in this Court - including but not limited to discovery, reports and conferences (including the upcoming status conference set for October 18, 2006) - are stayed pending appeal.

(3) The stay will continue until the earlier of (i) the issuance of the Eleventh Circuit mandate in the pending appeal or (ii) six months from the entry of this Order.

(4) This Order is without prejudice to the parties moving for an additional stay or modification of the stay.

(5) Once the stay is lifted, the discovery period will be limited to three months. The

-2-

CASE NO. 06-21265-CIV-SEITZ/MCALILEY

scheduling agreements set forth in paragraph 4E of the present Joint Motion to Stay Proceedings Pending Appeal shall govern the parties' disclosures and discovery to ensure this case is handled in the agreed upon expedited fashion.

DONE AND ORDERED in Miami, Florida, this 12th day of October, 2006.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record