UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-21265-CIV-SEITZ-MCALILEY

LEAGUE OF WOMEN VOTERS OF FLORIDA;
PEOPLE ACTING FOR COMMUNITY TOGETHER
(PACT); FLORIDA ALF–CIO; AMERICAN
FEDERATION OF STATE, COUNTY AND LOCAL
EMPLOYEES, COUNCIL 79 (AFSCME); SEIU
FLORIDA HEALTHCARE UNION, as organizations
and as representatives of their members; MARILYN
WILLS; and JOHN and JANE DOES 1–100,

        Plaintiffs,

v.

KURT S. BROWNING, in his official capacity as
Secretary of State for the State of Florida; and AMY
TUCK, in her official capacity as Director of the
Division of Elections within the Department
of State for the State of Florida,

        Defendants.

## ORDER GRANTING MOTION TO EXTEND STAY PENDING APPEAL

This matter is before the Court on the Defendants' Motion to Extend Stay Pending Appeal [DE 74]. Upon review, it is hereby

ORDERED that

1.    Defendants' Motion to Extend Stay Pending Appeal [DE 74] is GRANTED. All proceedings in this Court—including but not limited to discovery, pleadings, reports, and conferences—continue to be stayed, with all deadlines to be postponed accordingly. The stay will continue until the earlier of (i) resolution of the pending appeal or (ii) August 12, 2007.

2. This Order is without prejudice to the parties moving for an additional stay or modification of the stay.

DONE AND ORDERED in Miami, Florida, this 22nd day of March, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to: counsel of record