UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21265-CIV-SEITZ/MCALILEY

LEAGUE OF WOMEN VOTERS OF
FLORIDA, PEOPLE ACTING FOR
COMMUNITY TOGETHER (PACT),
FLORIDA AFL-CIO, AMERICAN
FEDERATION OF STATE COUNTY AND
MUNICIPAL EMPLOYEES, COUNCIL 79
(AFSCME), SEIU FLORIDA HEALTHCARE
UNION, as organizations and as representatives
of their members; MARILYNN WILLS,

    Plaintiffs,

vs.

KURT S. BROWNING, in his official capacity
as Secretary of State for the State of Florida, and
AMY K. TUCK, in her official capacity as
Director of the Division of Elections within the
Department of State for the State of Florida

    Defendants.
_____/

**NOTICE OF FILING JOINT STIPULATION**

The Parties, by and through undersigned counsel, hereby file their Joint Stipulation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **30th** day of November, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing is being served on all counsel of record through the CM/ECF system .

Respectfully submitted,

BECKER & POLIAKOFF, P.A.
Attorneys for Defendants
P.O. Box 9057
Fort Lauderdale, FL 33310-9057
(954) 965-5049, telephone
(954) 985-4176, facsimile

By: ___s/Gary C. Rosen___
     GARY C. ROSEN
     Florida Bar No. 310107

FTL_DB: 1084747_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21265-CIV-SEITZ/MCALILEY

----------------------------------------------------------------- x
LEAGUE OF WOMEN VOTERS OF FLORIDA, PEOPLE
ACTING FOR COMMUNITY TOGETHER (PACT),
FLORIDA AFL-CIO, AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 79
(AFSCME), SEIU FLORIDA HEALTHCARE UNION, as : **NOTICE OF**
organizations and as representatives of their members; : **FILING**
MARILYNN WILLS, : **STIPULATION**

        Plaintiffs,

        v.

KURT S. BROWNING, in his official capacity as Secretary of
State for the State of Florida, and AMY K. TUCK, in her official
capacity as Director of the Division of Elections within the
Department of State for the State of Florida,

        Defendants.
----------------------------------------------------------------- x

       IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record:

       1.     In its August 28, 2006 Order, the Court preliminarily enjoined enforcement of the provisions of Florida Statutes § 97.0575 that subject third-party voter registration organizations to financial penalties for failing to submit voter registration applications in the manner prescribed by law.

       2.     Defendants shall not enforce Florida Statutes § 97.0575, as amended by Chap. 07-30, Laws of Florida, unless otherwise ordered by the District Court.

       3.     Plaintiffs shall not proceed with the above-captioned litigation in the District Court, unless otherwise ordered by the District Court.

# 113217 v1

4. The Stipulation shall remain in force until the earlier of (a) thirty days after either plaintiffs or defendants elect to terminate the Stipulation by filing notice with the District Court and serving notice on all counsel, or (b) the date on which it is superseded by an Order of the District Court.

5. Notwithstanding paragraphs 3 and 4, if either plaintiffs or defendants elect to terminate the Stipulation pursuant to paragraph 4(a), plaintiffs may initiate a challenge to Florida Statutes § 95.0575, as amended by Chap. 03-70, Laws of Florida, 14 days after notice is provided pursuant to paragraph 4(a).

6. The Stipulation shall not affect any rights the Parties may have with respect to the pending appeal of the District Court's August 28, 2006 Order. Except as otherwise provided in this Stipulation, the parties reserve all rights and defenses relating to this litigation.

# 113217 v1

GRAYROBINSON, P.A.

By: /s/ Allen C. Winsor
Allen C. Winsor

Peter Antonacci
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
(850) 877-9090

*Attorneys for Defendants*

Dated: 11/29/07

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

By: /s/ Craig L. Siegel
Craig L. Siegel

Eric A. Tirschwell
Erin A. Walter
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Wendy R. Weiser
Renée Paradis
The Brennan Center for Justice at NYU
School of Law
161 Avenue of the Americas, 12th Fl.
New York, New York 10013
212) 998-6730

Elizabeth S. Westfall
Jennifer Maranzano
Advancement Project
1730 M Street, NW, Suite 910
Washington, DC 20036
(202) 728-9557

Kathy E. Brewer
Becker & Poliakoff, P.A.
3111 Stirling Road
Ft. Lauderdale, Florida 33312
(954) 985-4133

*Attorneys for Plaintiffs*

Dated: 11/29/07