# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 19, 2008

Steven M. Larimore
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

FILED by ___ D.C.
APPEALS
FEB 2 2 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

**Appeal Number: 06-14836-DD**
Case Style: League of Women Voters v. Sec. of the State of Flo
District Court Number: 06-21265 CV-PAS

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Elora Jackson (404) 335-6173

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 19 2008

THOMAS K.
CLERK

No. 06-14836

D. C. Docket No. 06-21265 CV-PAS

LEAGUE OF WOMEN VOTERS, of Florida,
PEOPLE ACTING FOR COMMUNITY TOGETHER, (PACT), et al.,

Plaintiffs-Appellees,

versus

SECRETARY OF STATE, Sue M. Cobb,
DIRECTOR OF THE DIVISION OF ELECTIONS,
Dawn Roberts, individually and in her official
capacity within the State of Florida,

Defendants-Appellants.

Appeal from the United States District Court
for the Southern District of Florida

Before EDMONDSON, Chief Judge, DUBINA, Circuit Judge, and MARTIN,* District Judge.

---

*Honorable Beverly B. Martin, United States District Judge for the Northern District of Georgia, sitting by designation.

PER CURIAM:

In this appeal, the Secretary of State for the State of Florida, appealed the district court's order preliminarily enjoining the enforcement of Fla. Stat. § 97.0575, which imposes certain requirements on third-party voter registration groups. While this appeal was pending, the Florida Legislature substantially amended that section. Subsequently, the Secretary submitted a Suggestion of Impending Mootness, contending that the amended law was scheduled to take effect January 1, 2008, and would moot the pending appeal and the underlying preliminary injunction order. We carried with the case Appellants' Suggestion of Impending Mootness, construed as a motion to dismiss the appeal as moot.

The panel has now been advised that the United States Department of Justice has precleared the legislative amendments to § 97.0575. Because the legislative amendments are now in effect, and the law preliminarily enjoined no longer exists in its challenged form, it is appropriate for us to dismiss this appeal as moot.

**APPEAL DISMISSED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia