UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-21265-CIV-SEITZ-MCALILEY

LEAGUE OF WOMEN VOTERS OF FLORIDA;
PEOPLE ACTING FOR COMMUNITY TOGETHER
(PACT); FLORIDA ALF–CIO; AMERICAN
FEDERATION OF STATE, COUNTY AND LOCAL
EMPLOYEES, COUNCIL 79 (AFSCME); SEIU
FLORIDA HEALTHCARE UNION, as organizations
and as representatives of their members; MARILYN
WILLS; and JOHN and JANE DOES 1–100,

        Plaintiffs,

v.

KURT S. BROWNING, in his official capacity as
Secretary of State for the State of Florida; and DONALD
PALMER, in his official capacity as Director of the
Division of Elections within the Department
of State for the State of Florida,

        Defendants.
_____

### DEFENDANTS' NOTICE OF TERMINATION OF STIPULATION

Defendants Kurt S. Browning, in his official capacity as Secretary of State for the State of Florida, and Donald Palmer,[1] in his official capacity as Director of the Division of Elections, hereby provide notice that they elect to terminate the parties' stipulation dated November 29, 2007 and filed with this Court on November 30, 2007 (the "Stipulation") (doc. 78). This notice is filed pursuant to

---

[1] When this action commenced, the defendants were Sue M. Cobb and Dawn K. Roberts, who were then the Secretary of State and the Director of the Division of Elections, respectively. During appellate proceedings, Secretary Browning succeeded Sue Cobb, and Donald Palmer succeeded Dawn Roberts. Pursuant to Fed. R. Civ. P. 25(d)(1), Defendants Browning and Palmer are substituted automatically as parties.

paragraph 4 of the Stipulation, which provides that either party may terminate the Stipulation by filing a notice with the Court.

Respectfully submitted this 31st day of March, 2008.

/s/ *Allen Winsor*
PETER ANTONACCI
Florida Bar No.: 280690
ALLEN WINSOR
Florida Bar No.: 016295
GRAYROBINSON, PA
Post Office Box 11189
Tallahassee, Florida 32302-3189
 Phone: 850-577-9090
 Fax: 850-577-3311
email: pva@gray-robinson.com
    awinsor@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served through the Court's CM/ECF system or by electronic mail this 31st day of March, 2008, to the following:

Gary C. Rosen
Becker & Poliakoff, P.A.
3111 Stirling Road
Fort Lauderdale, FL 33312
Email: grosen@becker-poliakoff.com

Wendy R. Weiser
Renee Paradis
Brennan Center for Justice
at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY 10013
Email: wendy.weiser@nyu.edu

Elizabeth S. Westfall
Jennifer Maranzano
Estelle H. Rogers
Advancement Project
1730 M. Street, NW, Suite 910
Washington, DC 20036
Email: ewestfall@advancementproject.org

Eric A. Tirschwell
Craig L. Siegel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
 Phone: (212) 715–9100
 Email: csiegel@KRAMERLEVIN.com

/s/ *Allen Winsor*
Allen Winsor