UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21265-CIV-SEITZ/MCALILEY

LEAGUE OF WOMEN VOTERS OF
FLORIDA, et al.,

    Plaintiffs,

v.

SUE M. COBB, et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION AND DISMISSING CASE AS MOOT

THIS CAUSE is before the Court on Defendants' Motion to Dismiss for Lack of Jurisdiction [DE 81]. In this case, the Court enjoined the enforcement of Fla. Stat. § 97.0575(3)(a-c), which sanctioned organizations that failed to timely submit voter registration applications. Defendants appealed that decision to the Eleventh Circuit.[1] Prior to the Eleventh Circuit ruling on the appeal, Governor Christ signed into law Chapter 2007-30, Laws of Florida (the "2007 Act"). The 2007 Act altered the challenged statute and took effect on January 1, 2008 and substantively altered the sanctions that this Court had enjoined. On February 19, 2008, the Eleventh Circuit dismissed the appeal as moot stating that "the United States Department of Justice has precleared the legislative amendments to § 95.0575" and that "[b]ecause the legislative amendments are now in effect, and the law preliminarily enjoined no longer exists in its challenged form, it is appropriate for us to dismiss this appeal as moot." (*See* DE 79.) Similarly, Defendants now move this Court to dismiss this case as moot. Plaintiffs, while stating that they may challenge the 2007 Act in a new complaint, represent that they do not object to the Court's dismissal of their First Amended Complaint as moot.

---

[1] The Court administratively closed this matter pending appeal. (*See* DE 77.)

Federal courts lack jurisdiction to hear and decide cases where changes in the law have rendered the case moot. *National Advertising Co. v. City of Miami*, 402 F.3d 1329, 1332 (11th Cir. 2005). Accordingly, consistent with the decision of the Eleventh Circuit to dismiss as moot the appeal in this case, it is hereby

ORDERED that

(1)   Defendants' Motion to Dismiss for Lack of Jurisdiction [DE 81] is GRANTED.

(2)   This matter is DISMISSED AS MOOT.

(3)   All pending motions not otherwise ruled upon are DENIED AS MOOT.

(4)   This case remains CLOSED.

DONE AND ORDERED in Miami, Florida, this 24 day of April, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record