UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21265-CIV-SEITZ/MCALILEY

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
LEAGUE OF WOMEN VOTERS OF FLORIDA,                         :
PEOPLE ACTING FOR COMMUNITY TOGETHER,                      :
FLORIDA AFL-CIO, AMERICAN FEDERATION OF                    :
STATE AND MUNICIPAL EMPLOYEES, COUNCIL                     :
79 (AFSCME), SEIU FLORIDA HEALTHCARE                       :
UNION, as organizations and as representatives of their   :   SUPPLEMENTAL
members, and MARILYN WILLS,                                    DECLARATION OF
                                                          :   CRAIG L. SIEGEL IN
                    Plaintiffs,                            :   SUPPORT OF PLAINTIFFS'
                                                          :   MOTION FOR AN AWARD
              v.                                              OF ATTORNEYS' FEES AND
                                                          :   COSTS
KURT S. BROWNING, in his official capacity as             :
Secretary of State for the State of Florida; and          :
DONALD PALMER, in his official capacity as Director       :
of the Division of Elections within the Department of     :
State for the State of Florida,                           :
                                                          :
                    Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

I, Craig L. Siegel, declare as follows:

1.      I respectfully submit this supplemental declaration in support of plaintiffs'

motion for an award of attorneys' fees and costs solely to provide the Court with true and correct

copies of Kramer Levin's billing records for my out-of-town travel and meal expenses for this

case, which are attached hereto as Exhibit A and were inadvertently omitted from my June 20,

2008 declaration due to a clerical error.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, NY on August 22, 2008

_____

Craig L. Siegel

# EXHIBIT A

## Craig Siegel

| DATE | VENDOR | AMOUNT | REASON |
|---|---|---|---|
| 7/9-10/06 | Hyatt | $372.45 | Hotel - status conference |
| 07/09/06 | Diners Club | $816.60 | flight from JFK to Miami and return - status conference |
| 07/09/06 | Taxi | $22.90 | Taxi - status conference |
| 07/09/06 | Figs | $27.49 | Meal - status conference |
| 07/10/06 | snack bar | $8.32 | Meal - status conference |
| 07/10/06 | Taxi | $8.00 | Taxi to status conference |
| 07/23/06 | Boston Culinary Group | $18.93 | Meal - preliminary injunction hearing |
| 07/23/06 | Figs | $5.78 | Meal - preliminary injunction hearing |
| 7/23-25/06 | Mandarin Oriental | $1,573.28 | Hotel - preliminary injunction hearing |
| 07/23/06 | Diners Club | $511.60 | flight from LaGuardia to Miami and travel agent fee - preliminary hearing |
| 07/25/06 | Diners Club | $676.60 | flight from Tallahassee to Miami and return for hearing witness Ion Sancho |
| 07/27/06 | Starbucks | $14.27 | Meal - hearing |
| 07/27/06 | Diners Club | $168.00 | flight from Miami to LaGuardia after preliminary injunction hearing |
| 08/02/06 | Mandarin Oriental | $328.91 | Hotel |
| 08/02/06 | Diners Club | $484.60 | flight from Newark to Miami, with return & travel agent fee - oral argument |
| 08/03/06 | D. Court | $20.00 | Meal - oral argument |
| 08/03/06 | Taxi | $23.00 | Taxi to oral argument |
| 09/14/07 | Continental Airlines | $493.80 | flight from Newark to Miami and return - League of Women Voters Board presentation |
| 09/14/07 | | $70.25 | Travel agent fee |
| 09/14/07 | Sheraton Orlando | $155.08 | Hotel - For League of Women Voters Board presentation |
| 09/14/07 | AuBon Pain | $9.38 | Meal - presentation |
| 09/14/07 | Little Saigon | $31.60 | Meal - presentation |
| 09/15/07 | Wall Street Cantina | $20.94 | Meal - presentation |
| 09/15/07 | Starbucks | $2.23 | Meal - presentation |

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

## Expense Report

**Report #5472**
Created by:          SPENCER, GERALYN
Created on:          09/17/2007
Last Modified on: 09/17/2007

| Name | ID | Week Ending | Pay To | Amount |
|------|-----|-------------|--------|--------|
| SIEGEL, CRAIG L | 06210 | 09/15/2007 | CRAIG L SIEGEL | 1,051.82 USD |



## Cost Detail

7000010-01- 6430

| Date | Timekeeper | Client or GL # | Matter | Cost Code | Location | Amount |
|------|-----------|----------------|--------|-----------|----------|--------|

**REDACTED**

| Date | Timekeeper | Client or GL # | Matter | Cost Code | Location | Amount |
|------|-----------|----------------|--------|-----------|----------|--------|
| 09/14/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0950 Out of Town Travel (Airfare, Hotel, Amtrak, Car Rental) | USNY02 NYC | 493.80 USD |
| Narrative: From: Newark; To: Orlando; Date(s): 9/14/07-9/15/07 |
| 09/14/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0905 Misc | USNY02 NYC | 70.25 USD |
| Narrative: Travel agent fee. |
| 09/15/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0950 Out of Town Travel (Airfare, Hotel, Amtrak, Car Rental) | USFL01 Florida | 155.08 USD |
| Narrative: Name: Sheraton Orlando Downtown; City: Orlando, FL; Date(s): 9/14/07-9/15/07 |
| 09/15/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0905 Misc | USFL01 Florida | 35.32 USD |
| Narrative: Printing costs. |
| 09/10/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0940 Cab Fares, Tolls, Parking, Subway, Mileage | USNY02 NYC | 9.80 USD |
| Narrative: Cab Fare |
| 09/15/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0940 Cab Fares, Tolls, Parking, Subway, Mileage | USFL01 Florida | 1.00 USD |
| Narrative: Parking |
| 09/14/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | USNY02 NYC | 9.38 USD |
| Narrative: Establishment: DNC Travel Hospitality Services; Guests: Craig Siegel; Affiliation: KL; Business Discussed: n/a |
| 09/15/2007 | 06210 SIEGEL, | 099602 BRENNAN CENTER | 099602-00004 | 0951 | USNY02 | 31.60 |

| | CRAIG L | FOR JUSTICE | VOTER REGISTRATION | Meals - T&E | NYC | USD |
|---|---|---|---|---|---|---|
| | | | | | | |
| Narrative: | Establishment: Little Saigon; Guests: Craig Siegel, Erin Walter; Affiliation: KL; Business Discussed: voter registration case | | | | | |
| 09/15/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | USNY02 NYC | 20.94 USD |
| Narrative: | Establishment: Wall Street Cantina; Guests: Craig Siegel; Affiliation: KL; Business Discussed: n/a | | | | | |
| 09/15/2007 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | USNY02 NYC | 2.23 USD |
| Narrative: | Establishment: Starbucks; Guests: Craig Siegel; Affiliation: KL; Business Discussed: n/a | | | | | |

Signature: *Craig Siegel*        Date: 9/17/07

Approved by
Accounting: CLAUDETTE LAWRENCE

02-3426 5299
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

X20511      0326812      AX9

ETKT            PASSENGER RECEIPT

ARC XXX

CONTINENTAL AIRLINES   XXXXX          A33964221      SIEGEL/CRAIG
LAWYERS-KRAMER LE          NEW YORK      NY US10SEP07    EWR
SIEGEL/CRAIG          IHNWHT/AA MULTI          6  0011/   ONCO CO492 N 14SEPNA38N
**NOT VALID FOR**    THIS IS YOUR RECEIPT          EWR CO1693 F 15SEPYB
**TRANSPORTATION*                  59J2AX9
NONREF/0VALUAFTDRT/CHGFEE
FP AXXXXXXXXXXX1001*0709/    157332 /FCEWR CO ORL16
1.86NA3BN CO EWR278-14YB 440.00 END    ZPEWRMCO XT5
0BAY9.00XFEWR4.5MCO4.5

XI   14.00
USD  440.00
US    33.00
ZP    6.00        2840242717      ON    0 005 7040129034 0
USD  493.80

NOT VALID FOR TRAVEL
0 005 7040129034 0
AA33964221

$493.80 (airfare)

---

02-3426 5299
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXXXXX
NOT TRANSFERABLE

X20511      0326812 AX9

MISCELLANEOUS CHARGES ORDER
ARC XXX PASSENGER RECEIPT

AIRLINES REPORTING CRP          A33964221      MISCELLANEOUS
LAWYERS-KRAMER LE          NEW YORK      NYUS10SEP07    CHARGES ORDER
SIEGEL/CRAIG          IHNWHT/AA          0011/
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE                  59J2AX9

FP AXXXXXXXXXXX1001* 0709 /   184950

NOT VALID FOR TRAVEL

USD   70.25
      0.00        2840242719      890 8153749270 6
USD   70.25

8901 AA33964221

$70.25 (agent's fee).

Sheraton Orl Dwntwn
60 South Ivanhoe Blvd
Orlando, FL  32804
United States
407-425-4455

Craig Siegel                    Page Number :  1
Travelsavers/tmc                Guest Number:  83409      Arrive Date: 09-14-2007
1177 AVENUE OF THE AMERICAS     Folio ID    :  A         Depart Date: 09-15-2007
NEW YORK, NY  10036-2714        No. Of Guest:  1
                                Room Number :  1527
                                Club Account:  SPG - C50941484317

Information Invoice

Sheraton Orl Dwntwn  09-15-2007  07:51  RUTHNEA

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 09-14-2007 | stvtlnw | Internet Access Charge | 9.34 | |
| 09-14-2007 | stvtlnw | Telephone Tax State | 0.61 | |
| 09-14-2007 | RT1527 | Room Charge | 129.00 | |
| 09-14-2007 | RT1527 | State Tax | 8.39 | |
| 09-14-2007 | RT1527 | Occupancy/Tourism | 7.74 | |
| 09-15-2007 | AX | American Express | | -155.08 |

***For Authorization Purpose Only***
xxxxx21008

| Date | Code | Authorized |
|------|------|------------|
| 09-14-200 | 147268 | 180.60 |

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 09-15-2007 | AX | American Express | 0.00 | |
| | | ** Total | 155.08 | -155.08 |
| | | *** Balance | 0.00 | |

Continued on the next page

```
DNC Travel Hospitality Services
**     Newark Intl. Airport      **
         ** Au Bon Pain **

1012 RHODA
- - - - - - - - - - - - - - - - - - - - - - -
8639  SEP14'07 11:19AM
- - - - - - - - - - - - - - - - - - - - - - -

  1 Tuna                    5.49
  1 Poland Spring           2.29
  1 Fruit                   0.99

  Subtotal                  8.77
  Total Tax                 0.61
  Total Paid......  9.38
  Cash (PRT)               10.00
  Change Owed.....          0.62

 **Enter for a chance to WIN A
 PRIZE WORTH MORE THAN $5,000!
     & see Official Rules @
     www.yourfeedback.to/dnc
 Enter Code: 121500. No Purchase
   Necessary.  Void in Quebec &
 where prohibited.  Open to Legal
    Residents of US & Canada,
 (except in Quebec), 18 or older.
    Starts 11am ET on 8/1/07
     & ends 3pm ET on 7/31/08
 Sweepstakes Sponsored by DNC Inc
```

**Your order number is: 8639**

lunch

---

LITTLE SAIGON
1166 E. COLONL DR
ORLANDO FL 32803

TERMINAL I.D.:                1023411S
MERCHANT #  :               4091143847

APEX
**REDACTED**
SALE
BATCH: 000047    INV: 000119
DATE: SEP 14, 07        TIME: 19:05
RRN: 257018000779 AUTH:541490

BASE                  $25.60

TIP            $____6 -

TOTAL          $____31.60

CRAIG SIEGEL

X_____
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   (MERCHANT AGREEMENT IF CREDIT VOUCHER)
              THANK YOU

       TOP COPY - MERCHANT
     BOTTOM COPY - CUSTOMER

Dinner / Craig Siegel
Erin Walter

OEJ's, Wall St Cantina, Loaded
Hog, Waitiki & Monkey Bar
25 Wall Street Plaza
Orlando, Fl. 32801

Server: Laura              DOB: 09/15/2007
12:22 PM                         09/15/2007
Table 111/1                     13/130005

Amex                             13631492
Card #   **REDACTED**
Magnetic card present: SIEGEL CRAIG
Approval: 501998

        Amount:          16.94

         + Tip: _____4~_____

        = Total: _$ 20.94_

X_____
Approval: 501998

        Check out our
    LEGENDARY BLOCK PARTIES
   Every Friday and Saturday
           night!!!
  8 bars, 3 restaurants,2 city
  streets, and ONE _____ ?E!

                    HMSHOST
              STARBUCKS COFFEE AS1
                ORLANDO AIRPORT

        12125 PARIS
        ---------------------------------
        CHK 9489 SEP15'07  2:13PM  GST 1
        ---------------------------------

         1 TALL ICD COFFEE        2.09

            SUBTOTAL              2.09
            TAX                   0.14
            AMOUNT PAID       2.23
            CASH                  5.00
            CHANGE DUE            2.77

        Customer Comments call or email
             (407) 851-1334 x145
        MCO.CustomerService@HMSHost.com





```
Posted   : 09/14/2006
Bank     : 0000
R/T      : 002100008
Account  :    REDACTED
Check    : 74019
Amount   : 33458.24
DIN      : 514956007607000000
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
DINERS CLUB BILL FOR PERIOD (07/25/06-08/22/06)
PAYMENT BY CHECK # 74019 DATED 08/28/06

# DETAIL OF CHARGES

| TRAN DATE | PASSENGER | TRAVEL DATE | ROUTING | CLIENT MATTER | AMOUNT | |
|---|---|---|---|---|---|---|
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 40.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 40.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 40.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 290.60 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 381.30 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,251.89 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,603.89 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,603.89 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| 7/26/2006 | SIEGEL/CRAIG | DEPART: 07/26/06 | | 99602-00004-06210 | 68.00 | C |
| 7/26/2006 | WALTER/ERIN | DEPART: 07/26/06 | | 99602-00004-05955 | 68.00 | D |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 479.30 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,528.60 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | -175.38 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | -202.72 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 234.30 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 234.30 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 234.30 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 258.60 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 299.30 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,448.60 | |
| 7/31/2006 | SIEGEL/CRAIG | DEPART: 07/31/06 | EWR   TO MIA | 99602-00004-06210 | 68.00 | A |
| 7/31/2006 | WALTER/ERIN | DEPART: 07/31/06 | EWR   TO MIA | 99602-00004-05955 | 68.00 | B |
| 7/31/2006 | SIEGEL/CRAIG | DEPART: 08/02/06 | EWR   TO MIA | 99602-00004-06210 | 416.60 | A |
| 7/31/2006 | WALTER/ERIN | DEPART: 08/02/06 | EWR   TO MIA | 99602-00004-05955 | 416.60 | B |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 175.38 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 175.38 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 252.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 328.00 | |
| 7/26/2006 | SIEGEL/CRAIG | DEPART: 07/27/06 | MIA   TO LGA | 99602-00004-06210 | 100.00 | C |
| 7/26/2006 | WALTER/ERIN | DEPART: 07/27/06 | MIA   TO LGA | 99602-00004-05955 | 110.00 | D |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | -161.10 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | -350.76 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | -9,197.40 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 100.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 202.72 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 317.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,398.60 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 45.00 | |
| XXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
DINERS CLUB BILL FOR PERIOD (07/25/06-08/22/06)
PAYMENT BY CHECK # 74019 DATED 08/28/06

# DETAIL OF CHARGES

| TRAN DATE | PASSENGER | TRAVEL DATE | ROUTING | CLIENT MATTER | AMOUNT |
|---|---|---|---|---|---|
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 394.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 9,200.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | -381.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 459.10 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 40.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 40.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 119.31 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 119.31 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 184.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 184.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 338.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 455.87 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,068.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,068.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,068.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,068.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 519.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 519.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 519.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 619.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 689.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 639.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 1,097.20 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | (519.30) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | (519.30) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | (519.30) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | (619.30) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | (68.00) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | (639.30) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 45.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 45.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 175.38 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 254.80 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 302.30 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 350.76 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 350.76 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 448.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | (668.30) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 169.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXXXXX | 480.60 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
DINERS CLUB BILL FOR PERIOD (07/25/06-08/22/06)
PAYMENT BY CHECK # 74019 DATED 08/28/06

# DETAIL OF CHARGES

| TRAN DATE | PASSENGER | TRAVEL DATE | ROUTING | CLIENT MATTER | AMOUNT | |
|---|---|---|---|---|---|---|
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | (379.30) | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 481.10 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 583.60 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 350.76 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 478.60 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 4,879.20 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXX | XXXXXXXXXXXXXX | 1,528.60 | |
| | | | | | | |
| | | | | | 33,458.24 | |
| | | | | | | |
| | | | | | | |
| 7/31/2006 | SIEGEL/CRAIG | DEPART: 08/02/06 | EWR  TO MIA | | 484.60 | A |
| 7/31/2006 | WALTER/ERIN | DEPART: 08/02/06 | EWR  TO MIA | | 484.60 | B |
| 7/26/2006 | SIEGEL/CRAIG | DEPART: 07/27/06 | MIA  TO LGA | | 168.00 | C |
| 7/26/2006 | WALTER/ERIN | DEPART: 07/27/06 | MIA  TO LGA | | 178.00 | D |
| | | | | | | |
| | | | | | $  1,315.20 | |





Posted    : 08/17/2006
Bank      : 0000
R/T       : 002100008
Account   :   **REDACTED**
Check     : 73143
Amount    : 24276.00
DIN       : 514953013464900000

KRAMER LEVIN NAFTALIS & FRANKEL LLP
DINERS CLUB BILL FOR PERIOD (06/22/06-07/24/06)
PAYMENT BY CHECK # 73143 DATED 07/31/06

## DETAIL OF CHARGES

| TRAN DATE | TRAVELLER | TRAVEL DATE | ROUTING | CLIENT MATTER | AMOUNT |
|---|---|---|---|---|---|
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | (674.30) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 1,458.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | (3,760.60) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | (4,716.10) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | (1,408.60) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| 7/7/2006 | NAME: SIEGEL/CRAIG | DEPART: 07/07/06 | JFK TO MIA | 099602-00004-06210 | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 628.60 |
| 7/7/2006 | NAME: SIEGEL/CRAIG | DEPART: 07/09/06 | JFK TO MIA | 099602-00004-06210 | 748.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 810.10 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 175.38 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 202.72 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 233.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 233.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 233.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 350.76 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 1,177.10 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 202.72 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | (175.39) |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 178.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 407.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 449.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 9,197.40 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 350.76 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 658.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 658.60 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| 0/2006 | NAME: SANCHO/ION | DEPART: 07/20/06 | TLH TO MIA | 099602-00004-06210 | 68.00 |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| 0/2006 | NAME: SIEGEL/CRAIG | DEPART: 07/20/06 | LGA TO MIA | 099602-00004-06210 | 68.00 |
| XXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 179.00 |
| XXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 179.00 |
| 1/2006 | NAME: SIEGEL/CRAIG | DEPART: 07/23/06 | LGA TO MIA | 099602-00004-06210 | 443.60 |
| 1/2006 | NAME: SANCHO/ION | DEPART: 07/25/06 | TLH TO MIA | 099602-00004-06210 | 608.60 |
| XXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |
| XXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXX | XXXXXXXXX | XXXXXXXXXXXXXXXXXX | 68.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
DINERS CLUB BILL FOR PERIOD (06/22/06-07/24/06)
PAYMENT BY CHECK # 73143 DATED 07/31/06

## DETAIL OF CHARGES

| TRAN DATE | TRAVELLER | TRAVEL DATE | ROUTING | CLIENT MATTER | AMOUNT | |
|---|---|---|---|---|---|---|
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 68.00 | |
| 7/21/2006 | NAME: WALTER/ERIN | DEPART: 07/21/06 | MIA TO NY | 099602-00004-05955 | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 120.00 | |
| 7/21/2006 | NAME: WALTER/ERIN | DEPART: 07/26/06 | MIA TO NY | 099602-00004-05955 | 174.30 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 445.60 | |
| 7/21/2006 | NAME: WALTER/ERIN | DEPART: 07/23/06 | NY TO MIA | 099602-00004-05955 | 552.53 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 758.60 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 762.60 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 9,197.40 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 68.00 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 320.60 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 320.60 | |
| XXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | 552.02 | |
| | | | | | 24,276.00 | |
| | | | | | | |
| 7/7/2006 | NAME: SIEGEL/CRAIG | DEPART: 07/09/06 | JFK TO MIA | 099602-00004-06210 | 816.60 | 1 |
| 7/20/2006 | NAME: SANCHO/ION | DEPART: 07/25/06 | TLH TO MIA | 099602-00004-06210 | 676.60 | 2 |
| 7/20/2006 | NAME: SIEGEL/CRAIG | DEPART: 07/23/06 | LGA TO MIA | 099602-00004-06210 | 511.60 | 3 |
| 7/21/2006 | NAME: WALTER/ERIN | DEPART: 07/23/06 | NY TO MIA | 099602-00004-05955 | 794.83 | 4 |
| | | | | | $ 2,799.63 | |

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

## Expense Report

**Report #1899**

Created by:      COLLAZO, IRIS M
Created on:      08/15/2006
Last Modified on: 08/18/2006

| Name | ID | Expense Date | Pay To | Amount |
|------|-----|--------------|--------|--------|
| SIEGEL, CRAIG L | 06210 | 08/20/2006 | CRAIG L SIEGEL | 2,919.63 USD |

## Cost Detail

| Date | Timekeeper | Client or GL # | Matter | Cost Code | Amount |
|------|-----------|----------------|--------|-----------|--------|
| 07/09/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | 27.49 USD |
| Narrative: | | Establishment: Figs @ LaGuardia Airport Bar; Guests: Craig L. Siegel; Affiliation: Kramer Levin; Business Discussed: Voter Registration | | | |
| 07/09/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0940 Cab Fares, Tolls, Parking, Subway, Mileage | 28.00 USD |
| Narrative: Cab Fare | | | | | |
| 07/09/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0950 Out of Town Travel (Airfare, Hotel, Amtrak, Car Rental) | 372.45 USD |
| Narrative: Name: Hyatt Regency; City: Miami, Florida; Date(s): 07/09-07/10/06 | | | | | |
| 07/10/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | 8.32 USD |
| Narrative: | | Establishment: Snack Bar; Guests: Craig L. Siegel; Affiliation: Kramer Levin; Business Discussed: Voter Registration | | | |
| 07/10/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0940 Cab Fares, Tolls, Parking, Subway, Mileage | 8.00 USD |
| Narrative: Cab Fare | | | | | |
| 07/15/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0940 Cab Fares, Tolls, Parking, Subway, Mileage | 34.80 USD |
| Narrative: Tolls | | | | | |
| 07/23/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | 18.93 USD |
| Narrative: | | Establishment: Boston Culnary Group; Guests: Craig L. Siegel; Affiliation: Kramer Levin; Business Discussed: Voter Registration | | | |
| 07/23/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | 5.78 USD |
| Narrative: | | Establishment: Figs @ LaGuardia Airport Restaurant; Guests: Craig L. Siegel; Affiliation: Kramer Levin; Business Discussed: V | | | |

| 07/23/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0950 Out of Town Travel (Airfare, Hotel, Amtrak, Car Rental) | 1,573.28 USD | ✓ |

Narrative:  Name: Mandarian Oriental Miami; City: Miami, Florida; Date(s): 7/23 - 7/27/06

**REDACTED**

| 07/24/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0905 Misc | 7.95 USD |

Narrative:  Internet-Usage.com

| 07/24/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0905 Misc | 18.93 USD |

Narrative:  BCGATSOCI FLUSHING, NY

| 07/25/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | 14.27 USD | ✓ |

Narrative:  Establishment: Starbucks - Miami Airport; Guests: Craig L. Siegel; Affiliation: Kramer Levin; Business Discussed: Voter Registration

**REDACTED**

| 08/02/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0950 Out of Town Travel (Airfare, Hotel, Amtrak, Car Rental) | 328.91 USD |

Narrative:  Name: Mandarian Oriental Miami; City: Miami, Florida; Date(s): 8/2/-8/3/06

| 08/03/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0940 Cab Fares, Tolls, Parking, Subway, Mileage | 23.00 USD |

Narrative:  Cab Fare

| 08/03/2006 | 06210 SIEGEL, CRAIG L | 099602 BRENNAN CENTER FOR JUSTICE | 099602-00004 VOTER REGISTRATION | 0951 Meals - T&E | 20.00 USD |

Narrative:  Establishment: D. Court; Guests: Craig L. Siegel; Affiliation: Kramer Levin; Business Discussed: Voter Registration

Signature: _Craig Siegel_   Date: _8/18/06_

Approved by
Accounting: _____

RECEIPT
+ $20 dinner   Date 8/3/06
$ 23 —
From: Mandarin Hotel
To: D. Court, Miami
Cab No. _____ Driver 099602/#4
**MAJOR CREDIT CARD ACCEPTED**

Super Yellow Cab
(305) 888-7777 - Receipt
Ca (305) 888-7777 P.T.R.I.D. (305) 375-2660
Complaint or Compliments
Driver's Name:
From: Hyatt
To: Fed Ct
Date: 7/3/06
Time:
A.M. ( )
P.M. ( )
Cab No.
Amount $5
099602/#4

Figs @ La Guardia Airport
Bar
La Guardia Airport PO Box 427
Flushing, NY 11371
(718) 446-7600
Visit us at www.figsiga.com
Date:        Jul 09'06 03:18PM
Card Type:   VISA
Acct #:      **REDACTED**
Exp Date:    12/08
Auth Code:   009034
Check:       1586
Server:      102 ROY
             CRAIG SIEGEL

Subtotal:              22.49

TIP _____

TOTAL _____ 22.49

SIGNATURE

THIS IS CUSTOMERS COPY
CUSTOMERS COMMENTS
WE VALUE YOUR OPINION, PLEASE
CONTACT US AT FIGSLGA@YAHOO.COM

DATE 07/23/2006 SUN   TIME 03:44

```
★ YOUR RECEIPT ★   FRUIT SALAD        T1    $2.99
★                  FRUIT SALAD        T1    $2.99
★ THANK YOU ★      COSI CLUB SANDWICH T1    $7.19
★                  MINUTE MAID O.J.   T1    $2.15
★                  DASANI BOTTLED H2O T1    $2.15
                      5.00 xITEMS
                   TAX1                     $1.46
                   TOTAL                   $18.93

                   SALE                    $18.93
                   ************1001
                   APP : 528328
                   REF : 62041325 1199
                   REC NO : 10
```

Culinary Group
172222   00000
ELLIET

YELLOW CAB 444-4444
Date 07 / 09 / 06   Taxicab #
Customer                099602/#4
From Miami Airport
To Hyatt
Amount $ 22.90 +5 tip Driver
Air Conditioned   PSC012



**AT MIAMI CONVENTION CENTER**

Hyatt Regency Miami
400 S.E. Second Avenue
Miami, Florida  33131-2197  USA
305.358.1234
FAX 305.358.0529



click.    click.    done.

| Last Name | First Name | | | Folio | | Page | |
|-----------|------------|---|---|-------|---|------|---|
| SIEGEL | CRAIG | | | l | | 1 | |

| Street | | | | Room | 2118 | | |
|--------|---|---|---|------|------|---|---|
| | | | | Rate | 119.00 | | |
| City | | State | Zip Code | Arrival | 07/09/06  SUN | | |
| | | | | Departure | 07/10/06  MON | | |
| (212) 261-8499 | | 1/0 | | Bonuses | | Type | CCARD |
| | | | | Account | XXXXXXXXXX81001 | XX/XX | |

| DATE | DESCRIPTION | CHARGE/CREDIT |
|------|-------------|---------------|
| 07/09 | 305-913-8358 L | 1.16 |
| 07/09 | GUEST ROOM | 119.00 |
| 07/09 | *ROOM TAX | 15.47 |
| 07/10 | RIVERWALK BKFST | 16.63 |
| 07/10 | 212-715-7531 | 14.19 |
| 07/10 | 212-715-7531 | 25.45 |
| 07/10 | RIVERWALK LUNCH | 33.25 |
| 07/10 | 212-715-9100 | 15.79 |
| 07/10 | 212-998-6270 | 9.36 |
| 07/10 | 212-998-6720 | 10.97 |
| 07/10 | 305-643-1526 L | 1.16 |
| 07/10 | 212-715-7531 | 10.97 |
| 07/10 | 212-715-7531 | 15.79 |
| 07/10 | 212-715-7531 | 10.97 |
| 07/10 | 212-715-9100 | 17.40 |
| 07/10 | EARLY DEPARTURE | 50.00 |
| 07/10 | *ROOM TAX | 6.50 |
| 07/10 | XXXXXXXXXX81001   ExXX/XX | -372.45 |
| | Total Due | .00 |
| AMERICAN EXPRESS | 4090117722 | |

| DATE | DESCRIPTION | CHARGE/CREDIT |
|------|-------------|---------------|
| | No frequent traveler account has been credited for this stay. | |
| | To enroll in Gold Passport, call 1-800-51-HYATT. | |
| | | |
| | EXPRESS CHECK OUT is available by using one of | |
| | the hotel kiosks located at the Front Desk | |
| | "HOW WAS YOUR STAY AT HYATT REGENCY MIAMI?" | |
| | We want to hear from you, if you have any comments, concerns | |
| | or questions you can contact Matt Graham, Rooms Exectutive | |
| | at (305) 679-3091 or via email at MGRAHAM@HYATT.COM | |
| | Billing Inquiries: ggreer@hyatt.com | |
| | Lost & Found: lostandfoundmiarm@hyatt.com | |
| | Thank you for choosing Hyatt Regency Miami for your visit | |
| | we hope to see you again soon. | |

Signature

*I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.*

099602/004

Figs @ La Guardia Airport
Restaurant
La Guardia Airport PO Box 427
Flushing, NY 11371
(718) 446-7600
Visit us at www.figslga.com
Date:       Jul23'06 10:03AM
Card Type:  VISA
Acct #:     **REDACTED**
Exp Date:   12/08
Auth Code:  023594
Check:      2691
Server:     508 DORNETTA
            CRAIG SIEGEL

Subtotal:                5.7

TIP              _____

TOTAL            _____

SIGNATURE

THIS IS CUSTOMERS COPY
CUSTOMER COMMENTS
WE VALUE YOUR OPINION, PLEASE
CONTACT US AT FIGSLGA@YAHOO.COM

832

HMSHOST
STARBUCKS CC-D
MIAMI AIRPORT

2055 Guilene
CHK 4295 JUL27'06 7:52AM GST 6

3 GRND ICED COFF S      6.87
1 YOGURT                1.89
1 MUFFIN                2.29
1 CROISSANT             2.29

SUBTOTAL               13.34
TAX                     0.93
AMOUNT PAID    14.27  XX/XX
                      14.27

**REDACTED**

# guest folio



**MANDARIN ORIENTAL**
MIAMI

Siegel, Craig
1177 6th Avenue
New York, NY  10036
United States

| | |
|---|---|
| Arrival date | 07/23/06 |
| Departure date | 07/27/06 |
| No. in party | 1 |
| Room number | M0927 |
| Rate | 229.00 |
| Account number | 1FQ39R |

| Date | Description | Amount |
|---|---|---|
| 07/23/06 | High Speed Internet | 35.00 |
| 07/23/06 | 2122850161 (1) 17:42 | 12.50 |
| 07/23/06 | 6490728L (2) 17:45 | 1.00 |
| 07/23/06 | 2128647015 (30) 22:52 | 77.23 |
| 07/23/06 | Accommodation | 229.00 |
| 07/23/06 | Room Tax | 29.77 |
| 07/24/06 | 2025495871 (2) 08:21 | 14.73 |
| 07/24/06 | In-Room Dining 1 #1414 | 78.91 |
| 07/24/06 | 2127158404 (3) 10:54 | 16.96 |
| 07/24/06 | Private Bar     #000058 | 34.79 |
| 07/24/06 | Accommodation | 229.00 |
| 07/24/06 | Room Tax | 29.77 |
| 07/25/06 | In-Room Dining 1 #1526 | 52.75 |
| 07/25/06 | 2127158404 (18) 18:16 | 50.44 |
| 07/25/06 | 9173757069 (1) 18:35 | 12.50 |
| 07/25/06 | 8023625532 (16) 18:36 | 45.98 |
| 07/25/06 | Lobby Lounge #2632 | 8.54 |
| 07/25/06 | Accommodation | 229.00 |
| 07/25/06 | Room Tax | 29.77 |
| 07/26/06 | In-Room Dining 1 #1645 | 43.27 |
| 07/26/06 | Martini Bar #4535 | 53.60 |
| 07/26/06 | Accommodation | 229.00 |
| 07/26/06 | Room Tax | 29.77 |
| 07/27/06 | XXXXXXXXXXX1001   0709 | -1573.28 |

===========

ZERO BALANCE --- THANK YOU!

0996021 4

Send account to

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

Mandarin Oriental, Miami, 500 Brickell Key Drive, Miami, Florida 33131, USA
Telephone (305) 913 8288, Facsimile (305) 913 8300

Mandarin Oriental Hotel Group
Asia-Pacific: Bangkok • Chiang Mai • Hong Kong • Jakarta • Kuala Lumpur • Macau • Manila • Singapore • Surabaya • Tokyo
Europe: Geneva • London • Munich • Paris • Prague (2006)
The Americas: Bermuda • Hawaii • Miami • New York • San Francisco • Washington, D.C. • Riviera Maya, Mexico (2006)
Boston (2007) • Grand Cayman (2007) • Chicago (2008) • Las Vegas (2009)

# guest folio



MANDARIN ORIENTAL
MIAMI

Siegel, Craig
1177 6th Avenue
New York, NY  10036
United States

| | |
|---|---|
| Arrival date | 08/02/06 |
| Departure date | 08/03/06 |
| No. in party | 1 |
| Room number | M1025 |
| Rate | 229.00 |
| Account number | 1FQ54Y |

| Date | Description | Amount |
|---|---|---|
| | *** PRINTED FROM HISTORY FILES *** | |
| 08/02/06 | Accommodation | 229.00 |
| 08/02/06 | Room Tax | 29.77 |
| 08/03/06 | Gift Shop #5956 | 1.50 |
| 08/03/06 | Cafe Sambal 1 #7272 | 33.58 |
| 08/03/06 | 2127159100 (2) 12:20 | 14.73 |
| 08/03/06 | Business Ctr  114636 | 20.33 |
| 08/03/06 | XXXXXXXXXXX1001 | -308.58 |
| 08/03/06 | XXXXXXXXXXX1001 | -20.33 |

ZERO BALANCE --- THANK YOU!

Send account to

I agree that my liability for this bill is not waived and agree to
be held personally liable in the event that the indicated person,
company or association fails to pay for any part or the full amount
of these charges.

Mandarin Oriental, Miami, 500 Brickell Key Drive, Miami, Florida 33131 USA
Telephone (305) 913 8288, Facsimile (305) 913 8300

Mandarin Oriental Hotel Group
Asia-Pacific: Bangkok • Chiang Mai • Hong Kong • Jakarta • Kuala Lumpur • Macau • Manila • Singapore • Tokyo
Hainan Island (2007) • Macau (2009) • Guangzhou (2010) • Taipei (2010)
Europe: Geneva • London • Munich • Prague • Barcelona (2008) • Marrakech (2009) • Paris (2010)
The Americas: Bermuda • Miami • New York • San Francisco • Washington, D.C. • Riviera Maya, Mexico (2007)
Boston (2008) • Grand Cayman (2009) • Chicago (2009) • Las Vegas (2009) • Dallas (2009) • Dellis Cay (2009)