UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21265-CIV-SEITZ/O'SULLIVAN

LEAGUE OF WOMEN VOTERS
OF FLORIDA, et al.,

    Plaintiffs,

v.

KURT S. BROWNING, in his official
capacity as Secretary of State for the
State of Florida, et al.,

    Defendants,
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the above-styled cause was assigned, hereby recuses herself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6.

DONE AND ORDERED in Miami, Florida, this 6th day of March, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Pursuant to the above Order of Recusal entered by Patricia A. Seitz, United States District Judge and after a blind random drawing by the Clerk of this Court, all parties to this action are noticed as follows:

1.    That the above-styled cause be and the same is hereby reassigned to the calendar of _Paul C. Huck_____, United States District Judge for all further

-1-

proceedings;

2. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows: 06-21265-CIV-Huck_____, thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D. Fla. L.R. 5.1.A.2.

DONE and ORDERED in Miami, Florida, this 10 day of March, 2009.

**STEVEN M. LARIMORE**
CLERK/COURT ADMINISTRATOR

By: _____
Deputy Clerk

cc: Judge Patricia A. Seitz
Magistrate Judge O'Sullivan
All Counsel of Record
Edward Sieber, Case Administrator