UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-21265-CIV-SEITZ/O'SULLIVAN

LEAGUE OF WOMEN VOTERS OF FLORIDA;
PEOPLE ACTING FOR COMMUNITY TOGETHER
(PACT); FLORIDA ALF–CIO; AMERICAN
FEDERATION OF STATE, COUNTY AND LOCAL
EMPLOYEES, COUNCIL 79 (AFSCME); SEIU
FLORIDA HEALTHCARE UNION, as organizations
and as representatives of their members; MARILYN
WILLS; and JOHN and JANE DOES 1–100,

      Plaintiffs,

v.

KURT S. BROWNING, individually and in his
official capacity as Secretary of State for the
State of Florida; and DONALD PALMER,
individually and in his official capacity as
Director of the Division of Elections within
the Department of State for the State of Florida,

      Defendants.
_____

## NOTICE OF APPEAL

Notice is hereby given that Kurt S. Browning, individually and in his official capacity as Secretary of State for the State of Florida, and Donald Palmer, individually and in his official capacity as Director of the Division of Elections within the Department of State for the State of Florida, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Plaintiffs' Verified Motion for an Award of Attorneys' Fees and Costs (doc. 129) entered in this action on the 16th day of March, 2009.

1

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served through the Court's CM/ECF system on all counsel or parties of record on the attached service list this 15th day of April, 2009.

                                                                     */S/ ALLEN WINSOR*
PETER ANTONACCI
Florida Bar No. 280690
ALLEN WINSOR
Florida Bar No. 016295
GRAYROBINSON, P.A.
Post Office Box 11189
Tallahassee, Florida  32302-3189
  Phone:  (850) 577-9090
  Fax:  (850) 577-3311
email:  pva@gray-robinson.com
         awinsor@gray–robinson.com

*Attorneys for Secretary of State Kurt S. Browning and Donald Palmer*

# 166279 v1

## SERVICE LIST

### CASE NO. 06-21265-CIV-SEITZ/O'SULLIVAN

Gary C. Rosen
Becker & Poliakoff, P.A.
3111 Stirling Road
Fort Lauderdale, FL 33312
  Phone:  (954) 985–4133

Elizabeth S. Westfall
Jennifer Maranzano
Estelle H. Rogers
Advancement Project
1220 L Street, NW, Suite 850
Washington DC, 20005
  Phone:  (202) 728-9557
  Fax:  (202) 728-9558
email:  ewestfall@advancementproject.org

Wendy R. Weiser and Renee Paradis
Brennan Center for Justice at
NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY 10013
  Phone:  (212) 998–6730

Eric A. Tirschwell
Craig L. Siegel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
  Phone:  (212) 715–9100

# 166279 v1