UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-21265-CIV-HUCK/O'SULLIVAN

------------------------------------------ x
LEAGUE OF WOMEN VOTERS OF FLORIDA, :
PEOPLE ACTING FOR COMMUNITY TOGETHER, :
FLORIDA AFL-CIO, AMERICAN FEDERATION OF :
STATE AND MUNICIPAL EMPLOYEES, COUNCIL :
79 (AFSCME), SEIU FLORIDA HEALTHCARE :
UNION, as organizations and as representatives of their :
members, and MARILYN WILLS, :
                                                                                        :
                                         Plaintiffs,              :
                                                                                        :
                     v.                                                       :
                                                                                        :
KURT S. BROWNING, in his official capacity as       :
Secretary of State for the State of Florida; and          :
DONALD PALMER, in his official capacity as          :
Director of the Division of Elections within the          :
Department of State for the State of Florida,             :
                                                                                        :
                                         Defendants.          :
------------------------------------------ x

## PLAINTIFFS' NOTICE OF SATISFACTION OF FEE AWARD

Plaintiffs, League of Women Voters of Florida, People Acting for Community Together, Florida AFL-CIO, American Federation of State and Municipal Employees, Council 79 (AFSCME), SEIU Florida Healthcare Union, as organizations and as representatives of their members, and Marilyn Wills, submit this notice of satisfaction of the fee award.

1. Plaintiffs initiated this action in 2006. On April 24, 2008, this Court dismissed the case as moot. (Doc. 83.)

KL3 2723520.1

2. On March 16, 2009, this Court entered an order awarding Plaintiffs $341,558.99 in fees and costs. (Doc. 129.) Defendants timely filed a notice of appeal. (Doc. 131.) Plaintiffs subsequently moved for additional fees and costs, which motion remains pending. (Doc. 133.)

3. Plaintiffs and Defendants have now resolved Plaintiffs' claims for fees and costs by mutual agreement. Accordingly, Plaintiffs hereby **WITHDRAW** their pending motion for additional fees and costs and provide this notice that the Court's order awarding fees has been **SATISFIED.** Any and all claims by for fees and costs in this case are satisfied by the parties' Settlement Agreement.

Dated: June 15, 2009

Respectfully submitted,

BECKER & POLIAKOFF, P.A.

By: /s Gary C. Rosen
Gary C. Rosen, Esq.
Florida Bar No. 310107
3111 Stirling Road
Ft. Lauderdale, Florida  33312
(954) 985-4133

Elizabeth S. Westfall
Advancement Project
1730 M Street, NW, Suite 910
Washington, DC  20036
(202) 728-9557

Eric A. Tirschwell
Erin A. Walter
Craig L. Siegel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

Wendy R. Weiser
Renée Paradis
The Brennan Center for Justice
161 Avenue of the Americas, 12th Fl.
New York, New York  10013
(212) 998-6730

*Attorneys for Plaintiffs*