# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
  Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 01, 2009



Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 09-12202-GG**
Case Style: League of Women Voters v. Sec. of the State of Fla
District Court Number:  06-21265 CV-PCH

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

        Sincerely,

        THOMAS K. KAHN, Clerk

        Reply To: Tonya Richardson (404) 335-6176

Encl.

DIS-4  (4-2009)

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 01 2009

THOMAS K KAHN
CLERK

No. 09-12202-GG

LEAGUE OF WOMEN VOTERS,
of Florida,
PEOPLE ACTING FOR COMMUNITY TOGETHER,
(PACT),
ET AL.,

                                            Defendants-Appellees,

versus

SECRETARY OF STATE OF FLORIDA,
Kurt S. Browning,
DIRECTOR OF THE DIVISION OF ELECTIONS,
Donald Palmer, individually and in
his official capacity within the
State for the State of Florida,

                                            Plaintiffs-Appellants.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: MARCUS and PRYOR, Circuit Judges.

BY THE COURT:

    The parties' joint motion to dismiss this appeal with prejudice, due to settlement, with the parties bearing their own costs and fees, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia